# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | |
|---|---|
| Bernina of America, Inc., an Illinois corporation,<br><br>      Plaintiff,<br><br>vs.<br><br>Fashion Fabrics International, Inc., a Louisiana corporation, d/b/a All Brands Sewing Machines & Sergers, also d/b/a All Brands Sewing Machine Super Store, also d/b/a AllBrands.com, also d/b/a Sewing Machine Super Store, also d/b/a A All Brands Sewing Super Store, also d/b/a SewingMachineStore.com,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

No. **01C  0585**

Judge: **JUDGE RONALD GUZMAN**

Magistrate Judge: **MAGISTRATE JUDGE KEYS**

FILED

JAN 29 2001

MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

## VERIFIED COMPLAINT

Plaintiff, Bernina of America, Inc., an Illinois corporation ("Bernina"), by its undersigned

counsel, makes the following complaint against defendant, Fashion Fabrics International, Inc., a

Louisiana corporation, d/b/a All Brands Sewing Machines & Sergers, also d/b/a All Brands

Sewing Machine Super Store, also d/b/a AllBrands.com, also d/b/a Sewing Machine Super Store,

also d/b/a A All Brands Sewing Super Store, also d/b/a SewingMachineStore.com (hereinafter

"AllBrands"):

DOCKETED
JAN 3 0 2001

### The Parties

1.    At all times relevant to this Complaint, Bernina is and has been an Illinois corporation

with its principal place of business located in Aurora, Illinois.

2.    At all times relevant to this Complaint, Bernina is and has been engaged in the

business of marketing sewing machines and sewing machine technologies manufactured by its

corporate parent, Fritz Gegauf, A.G., to a nationwide network of authorized dealers throughout the United States.

3.      At all times relevant to this Complaint, AllBrands is and has been a Louisiana corporation holding itself out as a retailer in the field of sewing machines and sewing products. At all times relevant to this Complaint, and upon information and belief, AllBrands maintains as its principal place of business 9789 Florida Blvd., in Baton Rouge, Louisiana.

4.      At all times relevant to this Complaint, and upon further information and belief, AllBrands carries on its principal business under a series of assumed and trade names, including but not necessarily limited to Fashion Fabrics International, Incorporated; All Brands Sewing Machines & Sergers; All Brands Sewing Machine Super Store; AllBrands.com; Sewing Machine Super Store; A All Brands Sewing Super Store; and SewingMachineStore.com.

5.      At all times relevant to this Complaint, and upon further information and belief, AllBrands carries on its principal business by means of an established online presence on the World Wide Web, specifically at the uniform resource locator ("URL") address "http://www.allbrands.com" and on various other URLs which are linked to "http://www.allbrands.com" via one-click hypertext links appearing throughout that resource. The resource located at URL "http://www.allbrands.com" is referred to hereinafter as "AllBrands.com".

6.      At all times relevant to this Complaint, AllBrands offers for sale sewing machines and sewing products through AllBrands.com. Upon information and belief, a significant number of AllBrands' sales are accomplished via an online, interactive "Secure Online Order Form," which may be easily and quickly accessed from AllBrands.com with a single click of the mouse. A true and correct copy of the uncompleted AllBrands.com "Secure Online Order Form," captured from a   screen   shot   taken   from   AllBrands.com   at

2

"http://commerce6.ba.best.com/~allbrand/ordering/order.htm", on September 25, 2000, is attached hereto as Exhibit A.

7.     At all times relevant to this Complaint, AllBrands fills and delivers orders it receives from AllBrands.com for sewing machines and sewing products throughout the United States, and internationally.     At all times relevant to this Complaint, and upon information and belief, AllBrands's delivery system consists of a network of manufacturer's and distributor's warehouses located in various states, including Illinois.  Upon information and belief, and at all times relevant to this Complaint, AllBrands has continuously and systematically used these manufacturers and distributors as local drop-ship agents to facilitate deliveries to customers ordering through AllBrands.com.  A true and correct copy of AllBrands' "Shipping Information" and "Drop-Ship Locations," captured from a screen shot taken from AllBrands.com at "http://allbrands.com/ordering/shipping.htm" on September 25, 2000 is attached hereto as Exhibit B.

### Jurisdiction and Venue

8.     Bernina is a corporate domiciliary of the State of Illinois, incorporated under the laws of Illinois and having its principal place of business within Illinois.

9.     AllBrands is a corporation organized pursuant to the laws of the State of Louisiana, having its principal place of business in Baton Rouge, Louisiana.

10.     The amount in controversy between the parties exceeds $75,000 exclusive of attorneys' fees, exemplary damages, and costs.

11.     The Court is vested with jurisdiction over the Counts of this Complaint pursuant to federal question, diversity, and supplemental jurisdictional theories.  This Complaint is comprised of five (5) Counts.  The Court is vested with jurisdiction over each of those Counts pursuant to

diversity jurisdiction, 28 U.S.C. § 1332. Furthermore, Count I alleges violations of the Lanham Act, 15 U.S.C. §§ 1114 and 1125, and Counts II and III allege violations of the Federal Trademark Dilution Act, 15 U.S.C. §§ 1125(c) and (d), for trademark dilution and cyberpiracy, respectively. This Court has jurisdiction over Counts I, II and III pursuant to federal question jurisdiction, 28 U.S.C. §1331. Count IV alleges violations of Illinois statutory law, to wit the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1, et seq. (West 2000), and Count V alleges violation of Illinois common law, specifically appropriation of name or likeness for a commercial purpose. In addition to the foregoing bases for jurisdiction, the Court is vested with jurisdiction over Counts IV and V pursuant to an exercise of supplemental jurisdiction, 28 U.S.C. §1367.

12.     Venue is proper in this district pursuant to 28 U.S.C. §§1391(a)(2), (a)(3), (b)(2), and (c), because a substantial part of the events or omissions giving rise to the claim occurred in this district, and because this action is not solely based upon diversity of citizenship. In addition, venue is proper in this district because AllBrands is a corporation which, at all times relevant to this Complaint, is subject to personal jurisdiction in this district, in that AllBrands has engaged in continuous and systematic business contacts with Illinois, employs agents in Illinois through a "drop ship" warehouse, and maintains a pervasive and interactive online presence in this district.

## COUNT I

### Trademark Infringement in Violation of the Lanham Act, 15 U.S.C. §§ 1114, 1125(a)

13.     Bernina incorporates the preceding ¶¶ 1-12 as if fully and completely set forth in this ¶13 of Count I for Trademark Infringement.

14.     At all times relevant to this Complaint, Bernina is and has been licensed by its parent corporation as the United States licensee of the registered trademarks "Bernina"™ and "Bernette"™

4

(hereinafter sometimes referred to collectively as the "Trademarks"). These Trademarks are listed Bernina Serial No. 73520549, Registration No. 1379565; Bernette Serial No. 73448149, Registration No. 1301268; Bernina Serial No. 71610515, Registration No. 0558505; Bernina Serial No. 75798894; Bernette Serial No. 73580230, Registration No. 1407394. Bernina has used the Trademarks continuously for a period of many years, in conjunction with Bernina's manufacture of sewing machines, sewing products, and sewing technologies. Bernina has expended a great amount of time, energy, capital, and goodwill in advertising, manufacturing, and providing its products to consumers throughout the United States and internationally. As a result, the Trademarks have acquired substantial brand recognition and consumer goodwill, and are universally regarded as distinctive of Bernina's high-quality products.

15.     In or about June 2000, Bernina became aware that AllBrands was improperly using and featuring the Trademarks in advertising on and throughout AllBrands.com in the United States. In fact, AllBrands.com is replete with improper use of the Trademarks, as is indicated by the attached Exhibit D, a true and correct copy of AllBrands' "Home Use Sewing Machines - Bernina," captured from a screen shot taken from AllBrands.com at "http://allbrands.com/homemach/sewing/bernina.htm" on June 14, 2000 (Exhibit D). Furthermore, AllBrands' improper use of the Trademarks is also indicated by the attached Exhibit C, a true and correct copy of AllBrands' "Industrial Table Top Sewing Machines," captured from a screen shot taken from AllBrands.com at "http://allbrands.com/industrl/tabletop.htm" on September 25, 2000. Exhibits C and D are non-exhaustive examples of AllBrands' myriad uses of the Trademarks, which are improperly used throughout AllBrands.com.

16.     In addition, in or about June 2000, Bernina became aware that AllBrands was using the registered trademarks "Bernina"™ and "Bernette"™ full-text within the source code embedded

within the AllBrands.com site in the United States. This particular use of embedded source code, or "metatags" is done to generate "hits," or positive results, from an Internet search executed from any one of a variety of Internet-based search engines. This process consists of an Internet search engine generating a "hit" or positive result, by accessing metatags in the web sites within that search engine's domain, and comparing them with the search terms entered by the human user. The result, in this instance, is that a human user's search, executed on an Internet-based search engine and searching for the concepts "Bernina" and/or "Bernette," would result in a "hit" on AllBrands.com, and the user would then be directed to AllBrands.com.

17. The Trademarks are "registered marks" within the meaning of the Lanham Act and the Federal Trademark Dilution Act.

18. AllBrands is a "person" within the meaning of the Lanham Act and the Federal Trademark Dilution Act.

19. At no time relevant to this Complaint has Bernina consented, either expressly or impliedly, to AllBrands' use of the Trademarks. On the contrary, Bernina maintains and markets to a nationwide network of authorized dealers to sell products under the Trademarks. At no time relevant to this Complaint has AllBrands been such a authorized dealer.

20. Shortly after learning of AllBrands' improper use of the Trademarks on AllBrands.com, and of AllBrands' use of the Trademarks as metatags for AllBrands.com, Bernina served AllBrands with a certified letter demanding that AllBrands: (1) cease and desist the infringing behavior, including removing reference to the Trademarks from AllBrands.com; (2) removing the Trademarks from the metatags for AllBrands.com; and (3) re-registering AllBrands.com with Internet search engines to effectuate the removal of the infringing metatags. A true and correct copy of that "cease and desist" letter, and its' proof of service, are attached hereto as Exhibit E.

6

21.     AllBrands refused and failed to comply with the cease and desist letter, and continues to improperly use and feature the registered trademarks "Bernina"™ and "Bernette"™ on the AllBrands.com site and within the metatags for AllBrands.com in the United States. See January 12, 2001 screen printouts attached as Exhibit F.

22.     The acts and omissions of AllBrands as described above constitute an infringing use of a valid, protectable trademark. The acts and omissions of AllBrands creates a strong likelihood of confusion to the public that AllBrands owns the Trademarks, or is licensed to use the Trademarks, or that AllBrands is affiliated, connected, or sponsored by the owner of the Trademarks, Bernina.

23.     AllBrands' acts and omissions as described above constitute a violation of the Lanham Act, 15 U.S.C. §1114(a) and (b).

24.     AllBrands' violations of the Lanham Act, 15 U.S.C. §1114(a) and (b) have and continue to cause serious economic damage and injury to Bernina, including but not limited to confusing the buying public as described above, taking improper advantage of the Trademarks to trade upon the goodwill and brand recognition of Bernina, injuring the value of the Trademarks that Bernina has worked to accrue, representing AllBrands' goods and services as those of Bernina's, and diverting sales and other opportunities from Bernina.

25.     Pursuant to the Lanham Act, 15 U.S.C. §§ 1114 and 1125, Bernina is entitled to an injunction against AllBrands to enjoin AllBrands' infringing uses of the Trademarks, and to recover compensatory and exemplary damages, and attorneys' fees and costs, against AllBrands.

WHEREFORE, plaintiff, Bernina of America, Inc. respectfully requests this Court enter judgment in its favor and against the defendant, AllBrands, as follows:

a)      Enjoining AllBrands from using, in trade or advertising in any fashion, the registered trademarks "Bernina"™ or "Bernette"™ on the AllBrands.com site, and within the metatags for the AllBrands.com site;

7

b)  Compelling AllBrands to re-register the AllBrands.com web site with all known Internet search engines upon the removal of the registered trademarks "Bernina"™ and "Bernette"™ from the metatags for the AllBrands.com site;

c)  Awarding Bernina compensatory damages in an amount necessary to compensate Bernina for its injuries as described above, in an amount to be proven at trial and exceeding $100,000;

d)  Awarding Bernina that amount found to be the profits derived by defendant as a result of the infringing uses of the Trademarks, in an amount to be proven at trial;

e)  Awarding Bernina exemplary damages, pursuant to 15 U.S.C. §1117, in an amount necessary to punish and deter defendant's conduct, in an amount to be determined at trial and in an amount three times that found as compensatory damages pursuant to (c ) and (d) of this prayer, above;

f)  Awarding Bernina its reasonable attorneys' fees and costs incurred in prosecuting this action pursuant to 15 U.S.C. §1117; and

g)  Awarding Bernina such other and further relief as the Court finds just and proper.

## COUNT II

**Trademark Dilution in Violation of Federal Trademark Dilution Act, 15 U.S.C. 1125 (c )**

26.  Bernina incorporates the preceding ¶¶ 13-25 of Count I as if fully and completely set forth in this ¶26 of Count II for Trademark Dilution.

27.  The acts and omissions of AllBrands as described above and incorporated into this Count II constitute dilution of a famous mark, to wit, the Trademarks, pursuant to 15 U.S.C. 1125(c).

28.  The acts and omissions of AllBrands as described above and incorporated into this Count II were carried out with willful intent to trade upon the goodwill, reputation and brand recognition of Bernina.

29.  As a result, Bernina is entitled to an injunction against AllBrands to enjoin AllBrands' dilution of the Trademarks, and to recover compensatory and exemplary damages, and attorneys' fees and costs, against AllBrands.

8

WHEREFORE, plaintiff, Bernina of America, Inc. respectfully requests this Court enter judgment in its favor and against the defendant, AllBrands, as follows:

a) Enjoining AllBrands from using, in trade or advertising in any fashion, the registered trademarks "Bernina"™ or "Bernette"™ on the AllBrands.com site, and within the metatags for the AllBrands.com site;

b) Compelling AllBrands to re-register the AllBrands.com web site with all known Internet search engines upon the removal of the registered trademarks "Bernina"™ and "Bernette"™ from the metatags for the AllBrands.com site;

c) Awarding Bernina compensatory damages in an amount necessary to compensate Bernina for its injuries as described above, in an amount to be proven at trial and exceeding $100,000;

d) Awarding Bernina that amount found to be the profits derived by defendant as a result of the infringing uses of the Trademarks, in an amount to be proven at trial;

e) Awarding Bernina exemplary damages, pursuant to 15 U.S.C. §1117, in an amount necessary to punish and deter defendant's conduct, in an amount to be determined at trial and in an amount three times that found as compensatory damages pursuant to (c ) and (d) of this prayer, above;

f) Awarding Bernina its reasonable attorneys' fees and costs incurred in prosecuting this action pursuant to 15 U.S.C. §1117; and

g) Awarding Bernina such other and further relief as the Court finds just and proper.

## COUNT III

### Cyberpiracy in Violation of Federal Cyberpiracy Prevention Act, 15 U.S.C. §1125 (d)

30. Bernina incorporates the preceding ¶¶ 13-25 of Count I as if fully and completely set forth in this ¶30 of Count III for Cyberpiracy.

31. The acts and omissions of AllBrands as described above and as incorporated into this Count III constitute cyberpiracy within the meaning of 15 U.S.C. § 1125(d).

32. The acts and omissions of AllBrands as described above and incorporated into this Count III were carried in bad faith and with willful intent to trade upon the goodwill, reputation and

9

brand recognition of Bernina, and to profit from the use of the Trademarks "Bernina"™ and "Bernette"™ within the metatags of the AllBrands.com site.

33.    As a result, Bernina is entitled to an injunction against AllBrands to enjoin AllBrands' cyberpiratical use of Trademarks within the metatags of the site AllBrands.com, and to recover compensatory and exemplary damages, and attorneys' fees and costs, against AllBrands.

WHEREFORE, plaintiff, Bernina of America, Inc. respectfully requests this Court enter judgment in its favor and against the defendant, AllBrands, as follows:

a)    Enjoining AllBrands from using, in trade or advertising in any fashion, the registered trademarks "Bernina"™ or "Bernette"™ on the AllBrands.com site, and within the metatags for the AllBrands.com site;

b)    Compelling AllBrands to re-register the AllBrands.com web site with all known Internet search engines upon the removal of the registered trademarks "Bernina"™ and "Bernette"™ from the metatags for the AllBrands.com site;

c)    Awarding Bernina compensatory damages in an amount necessary to compensate Bernina for its injuries as described above, in an amount to be proven at trial and exceeding $100,000;

d)    Awarding Bernina that amount found to be the profits derived by defendant as a result of the infringing uses of the Trademarks, in an amount to be proven at trial;

e)    Awarding Bernina exemplary damages, pursuant to 15 U.S.C. §1117, in an amount necessary to punish and deter defendant's conduct, in an amount to be determined at trial and in an amount three times that found as compensatory damages pursuant to (c ) and (d) of this prayer, above;

f)    Awarding Bernina its reasonable attorneys' fees and costs incurred in prosecuting this action pursuant to 15 U.S.C. §1117; and

g)    Awarding Bernina such other and further relief as the Court finds just and proper.

## COUNT IV

### Violation of Illinois Consumer Fraud & Deceptive Business Practices Act, 815 ILCS 505

34.     Bernina incorporates the preceding ¶¶ 13-25 of Count I, ¶¶ 27-29 of Count II, and ¶¶31-33 of Count III, as if fully and completely set forth in this ¶34 of Count IV for Violation of the Illinois Consumer Fraud and Deceptive Business Practices Act.

35.     The AllBrands.com website constitutes "advertising" within the meaning of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505/1(a) (West 2000) (hereinafter "Deceptive Practices Act").

36.     The acts and omissions of AllBrands as described above and as incorporated into this Count IV constitute violations of the Deceptive Business Practices Act, 815 ILCS 505/2, in that AllBrands' acts and omissions include the use of deception, false pretense, misrepresentation, concealment, and omission of material fact to mislead the public into the conclusion that Bernina and the Trademarks are affiliated or connected with AllBrands, or that Bernina and the Trademarks somehow endorse or represent AllBrands.

37.     The acts and omissions of AllBrands as described above and as incorporated into this Count IV were carried out with willful and fraudulent intent that the public would be deceived and misled by AllBrands' use of the Trademarks on the AllBrands.com site and within the metatags of AllBrands.com.

38.     AllBrands' violations of the Deceptive Practices Act have and continue to cause serious economic damage and injury to Bernina, including but not limited to confusing the buying public as described above, taking improper advantage of the Trademarks to trade upon the goodwill and brand recognition of Bernina, injuring the value of the Trademarks that Bernina has worked to

11

accrue, representing AllBrands' goods and services as those of Bernina's, and diverting sales and other opportunities from Bernina.

39.    As a result, Bernina is entitled to an injunction against AllBrands to enjoin AllBrands' infringing uses of the Trademarks, and to recover compensatory and exemplary damages, and attorneys' fees and costs, against AllBrands.

WHEREFORE, plaintiff, Bernina of America, Inc. respectfully requests this Court enter judgment in its favor and against the defendant, AllBrands, as follows:

a)    Enjoining AllBrands from using, in trade or advertising in any fashion, the registered trademarks "Bernina"™ or "Bernette"™ on the AllBrands.com site, and within the metatags for the AllBrands.com site, pursuant to 815 ILCS 10a(c);

b)    Compelling AllBrands to re-register the AllBrands.com web site with all known Internet search engines upon the removal of the registered trademarks "Bernina"™ and "Bernette"™ from the metatags for the AllBrands.com site;

c)    Awarding Bernina compensatory damages in an amount necessary to compensate Bernina for its injuries as described above, in an amount to be proven at trial and exceeding $100,000, pursuant to 815 ILCS 10a(a);

d)    Awarding Bernina punitive damages in an amount necessary to punish and deter defendant's conduct, in an amount to be determined at trial;

e)    Awarding Bernina its reasonable attorneys' fees and costs incurred in prosecuting this action pursuant to 815 ILCS 505/10a(c); and

f)    Awarding Bernina such other and further relief as the Court finds just and proper.

## COUNT V

### Misappropriation of Name or Likeness for Commercial Purpose

40.    Bernina incorporates the preceding ¶¶ 1-22 of Count I as if fully and completely set forth in this ¶40 of Count V for Misappropriation of Name or Likeness for a Commercial Purpose.

41.    The acts and omissions of AllBrands as described above and as incorporated into this Count VI constitute misappropriation of Bernina's name and likeness for a commercial purpose, to

wit, AllBrands' unlawful intent to trade upon the good reputation and international brand recognition of Bernina and Bernina's products.

42.     The acts and omissions of AllBrands as described above and as incorporated into this Count VI were intentional, unpermitted, unreasonable, and committed with willful and wanton intent to misappropriate the name and likeness of an internationally and instantly-recognized name brand for the purpose of economic gain.

WHEREFORE, plaintiff, Bernina of America, Inc. respectfully requests this Court enter judgment in its favor and against the defendant, AllBrands, as follows:

a)      Awarding Bernina compensatory damages in an amount necessary to compensate Bernina for its injuries as described above, in an amount to be proven at trial and exceeding $100,000;

b)      Awarding Bernina punitive damages in an amount necessary to punish and deter defendant's conduct, in an amount to be determined at trial;

c)      Awarding Bernina its reasonable attorneys' fees and costs incurred in this action; and

d)      Awarding Bernina such other and further relief as the Court finds just and proper.

Respectfully Submitted,

**BERNINA OF AMERICA, Inc.**

By: _____

One of Plaintiff's Counsel

Robert C. Goldberg
Mark K. Schoenfield
Schoenberg, Fisher, Newman & Rosenberg, Ltd.
222 South Riverside Plaza, Suite No. 2100
Chicago, IL 60606
(312) 648-2300
Firm ID 90659

F:\users\BDM\Bernina\pleadings\complain.wpd

## VERIFICATION

I, Martin Favre, being the President of Plaintiff and having been duly sworn under oath, and personal knowledge, state that I have read the above Complaint and the facts are true and correct.

_____
Martin Favre, President

SUBSCRIBED AND SWORN TO before me
this 26th day of January 2001

OFFICIAL SEAL
DIANE KADERA
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08/12/03

Notary Public _____
Diane Kadera

# EXHIBIT A



On-Line Order For
AllBrands.c 

**SEWING MACHINE SUPER STORE**

## Secure On-Line Order Form:

### AllBrands.com Sewing Machine Super Store®

**At All Brands, we protect our customers from inflation two ways. No inflated claims--and no inflated prices!**

| AllBrands.com Web |  |
| --- | --- |
| What's Here | Contact Us |
| Talk Sewing | Talk Knitting |
| User Survey | FAQ |
| Place Order | Help! |

# Secure Online Order Form

**Navigate AllBrands**
**HOME PAGE**

| Home Sewing |
| Sewing Machines |
| By Brand |
| Singer |
| Quilting & Craft |
| Sergers |
| Embroidery Mach. |
| Compare Emb. |
| Compare Comb. |
| Cutting Equip. |
| Irons & Presses |
| Sewing Supplies |
| Knitting Machines |
| Sewing Furniture |
| Industrial Machines |
| Portable |
| Table Top |
| Help With |
| FAQ |
| Using this Site |
| Selecting Mach. |
| Sewing Machs. |
| Sergers |

**Miscellaneous Information**
Date: [          ]
How you found us: [                              ]

**Billing Information**
Billing Name: [                              ]
Billing Address: [                              ]
Bill Address Line 2: [                              ]
City: [                    ]   State: [    ]
Postal Code: [          ]   Country: USA
Phone Number: [          ]   Fax: [          ]

**Shipping Information**
☐ **Check here if same as above. Otherwise, fill in shipping instructions.**
**NOTE:** Call your credit card company for prior approval for shipping your order to a third-party address (not your billing address).

https://commerce6.he.l...

Online Order with AllBrands.com, The Sewing Machine Super Store for Deep Discounts o..    Page 2 of 4

Shipping Name:
Shipping Address:
Address Line 2:
City:                                          State:
Postal Code:              Country: USA
Phone Number:                    Include area code
Fax Number:                      Include area code

Knitting Machs.
Embroider Only
Sew/Embroider
**How to Order**
Contacting Us
Meet AllBrands
Financing
Ways to Order
Ways We Ship
**Search**
Search Our Site
Sewing Links
Craft Sites
Design Sites
Sewing Equip.
Information
Miscellaneous
Publications
Supply Sites
Sewing Tools
Discussion Groups
Sewing Bookstore

You are here

## Verification Information (Exactly as on Card)
**All of the following information is used for validating authenticity of order**

E-Mail Address:
1-800 Number: **Service)**   **(On Back of Your Card for Customer**
Card Number:
Card Type: Master Card
Exp. Date:

Yes ☐  I have read and understand the Terms and Conditions of this sale.

## Minimum Order $25
To ensure prompt delivery of machine orders, we can accept orders only for $25 or greater. Minimum shipping and handling is $6.50.  Shipping and handling on most home sewing and embroidery machines selling for less than $2,000 is $25. For home machines over $2,000, shipping is generally $35. These rates apply within the 48 US states. For international shipping or freight on commercial machines, contact us at 800-SEW-SERG.

## Ordering the Following Item/s:
**Qty. Description**

| Qty. | Description | Unit Price | Price |
|------|-------------|-----------|-------|
|      |             |           |       |
|      |             |           |       |
|      |             |           |       |
|      |             |           |       |
|      |             |           |       |

*We will add shipping but not tax to orders outside Louisiana
Typical shipping via UPS is $25 for most sewing machines. $20 for machines under 200.00, and lightweights. $35 for high end (heavier) machines costing over $2,000.

We will e-mail, fax, or call you if you request information about your order. You can also print this page out and fax it to us for quicker handling during the work day, fax: 1-225-923-1261 or 1-800-866-1261. Our Order Form is now secured using SSL on an Apache Stronghold Server, so you can order with full confidence that your sensitive information is safe.

NOTE: Because manufacturers can change prices to us at any time, we reserve the right to change prices and terms without notice. We will not honor prices that have changed, but will allow the customer to cancel their odred if they prefer.

**AllBrands.com Customer Service Policy:**

At AllBrands.com, customer service is our number 1 priority. We recognize that dealing with an Internet based store can make people nervous, and we do everything in our power to ensure that your shopping experience with us is a pleasant one and that you get the products and service you come here looking for at a great price.

All new equipment is covered by the manufacturer's warranty, but we don't stop there. If you buy from us and find, in the first 90 days, that the equipment is in need of repair, we will pay the UPS round-trip shipping and repair the machine at no cost to you!

Any equipment you purchase from us can be exchanged within 90 days for an item of equal or greater value. If the carton has been opened, then we must charge a 15% restocking charge since equipment that's been opened and possibly used can not be sold as new. All items for exchange must be returned in good condition. Before returning an item, please call us for a Return Authorization Number.

John Douthat, Owner & Service Technician
AllBrands.com Sewing Machine Super Store

## Toll Free Phone:
*USA, Canada, and Puerto Rico*
*1-800-SEW-SERG (739-7374)*
*Outside USA +1-225-923-1285*

## Hours:
*9:00AM to 5:30PM Monday-Saturday*
*Central Standard Time U.S.A.*

## Toll Free Fax:
*USA, Canada, Puerto Rico*
*1-800-866-1261*
*Outside USA +1-225-923-1261*

## How to Order Section of AllBrands.com
[How to Order] [Secure Order Form] [Contacting Us] [Meet AllBrands]
[AllBrands.com Staff] [Financing] [Apply for Homesource Credit] [Ways to Order]
[Ways We Ship]

## Other Areas of AllBrands.com
[HOME PAGE] [Home Sewing Equip] [Industrial Sewing Equipment] [Help]
[How to Order] [Search] [Discussion Group] [Sewing Bookstore] [Mail Us]

Copyright © 1998, A All Brands Sewing Super Store, All rights reserved.
This page, http://www.allbrands.com/~allbrand/ordering/order.htm was last modified Friday, 22-Sep-2000 11:44:34 PDT.

Design By ET Productions: Developing Web-Sites for Your Net Profits

# EXHIBIT B





### *Shipping Informati*
### *How Your Order Can Be Han*

**Great Sewing Equipment at Deep Discounts**
# Here's How We Can Ship from AllBrands.com



### If the world keeps shrinking, how come postal rates keep growing?

### Ways to make shipping go smoothly & quickly:

Charge: Master Charge, Visa, Discover, American Express, Home Source, Pre-Pay by Check, or Pay COD (Certified Check, or Money Order--USA 48 States only). Must use cashier's check, certified check, or money order. Shipping charges on C.O.D. purchases have to be prepaid or guaranteed by credit card.

## Shipping Options

- UPS insured pickup & delivery (next day, second day, third day or regular ground). With tracking number assigned at the time you place your order if you request. Then call 1-800-PICK-UPS to keep track of your package. Please specify if adult signature is required, otherwise, UPS will leave package on your doorstep. Figure $25 for most all sewing machines. $20 for machines under $200.00.
- US Postal Service priority mail only $3 for under one pound, plus insurance
- FEDEX
- Airborne
- AEI-Air Express International
- DHL
- Export

## Drop-Ship Locations

We ship most in-stock items from Baton Rouge the next day to arrive in 1-6 days (US) from date of order or drop ship from manufacturer's &

distributor's warehouses nationwide, located in:

| | | | |
|---|---|---|---|
| Arkansas | Idaho | Missouri | Oregon |
| California | Illinois | Montana | Pennsylvania |
| Canada | Kentucky | New Jersey | Tennessee |
| Colorado | Louisiana | North Carolina | Texas |
| Florida | Michigan | New York | Utah |
| Georgia | Minnesota | Ohio | West Virginia |



Ask where your order can be shipped from, to minimize time, potential damage and freight charges. Minimum UPS $6.50 Includes 2nd Day Letter on less than 1 lb. Shipments and is automatically insured for $100. UPS shipments are **_Fully Insured_** (at $0.35 per $100 and traceable with **tracking numbers** that we can give to you at the time you place your in-stock order, if you request. Call 1-800-PICK-UPS to track your order from time of shipment maybe 24-48 hours to final delivery, or access UPS online tracking at their web page http://www.ups.com. Please specify if you require and adult signature upon delivery. MOST U.S. Mail is not traceable and is insured only up to $600. We will ship by US Mail only if you insist, **BUT** you will be responsible if their is no traceable signature on receipt, or if underinsured (worth over $600).

**U.S. Priority Mail** is only $3.00 plus insurance for under one pound. Software, feet, parts, instruction books, etc..., but are still not traceable by you. Lost packages require a week to 10 days, often longer for post office response. UPS tracking is still best for you and us.

Whenever you ship large items such as cabinet or commercial table units over 150 pounds (which UPS will not pick up) designate a *business delivery address* to avoid $35 residential delivery inside delivery charge from commercial trucking companies. Refuse any delivery that arrives damaged. Open and inspect before accepting. Sign freight bill only after inspecting.

*News Flash:* UPS now has "Day Definite" Delivery Scheduling for delivery to business addresses only. Ask when your order is scheduled for delivery.

Canadian customers can avoid excessive brokerage fees with UPS' second-day-air shipments, which are brokered free of charge by UPS. We require US funds so it is best to use a credit card to get the most favorable exchange rate. Otherwise you would have to send in advance a bank check in US funds, which could be more expensive to obtain. We cannot send C.O.D. outside the US

Caribbean and International customers will get 3 invoices attached to the box.

## How to Order Section of AllBrands.com
[How to Order] [Secure Order Form] [Contacting Us] [Meet AllBrands]
[AllBrands.com Staff] [Financing] [Apply for Homesource Credit] [Ways to Order]
[Ways We Ship]

## Other Areas of AllBrands.com
[HOME PAGE] [Home Sewing Equip] [Industrial Sewing Equipment] [Help]
[How to Order] [Search] [Discussion Group] [Sewing Bookstore] [Mail Us]

Copyright © 1998, A All Brands Sewing Super Store, All rights reserved.
This page, http://www.allbrands.com/ordering/shipping.htm was last modified Friday, 28-Jul-2000 20:46:04 EDT.

Design By ET Productions: Developing Web-Sites for Your Net Profits

ET! Productions -- WWW Designers
http://www.etproductions.com/

# EXHIBIT   C



**Bernina 950**

**for Cottage Industries**

## Industrial Table Top Sewi Machine

**Power Stand Industrial & Commercial He**



# Industrial Table Top Sewing Machines:
## Power Stand Industrial & Commercial Heads

**Power machines Run 3 to 9 times *faster* than portables.**

**Contents by Function:**

- Blindstitch Sewing Machines
- Buttonhole & Specialty Machines
- Chainstitch Embroidery Machines
- Heavy Duty Specialty Sewing & Upholstery Machines
- High-Shank Attachments, Zigzags & Straight Stitch Machines
- Quilting Machines
- Sergers, Industrial
- Straight Lockstitch Machines
- Upholstery Machines & Heavy Duty Specialty Sewing
- Zigzag Machines

**Contents by Manufacturer**
- Adler (Germany)
  - Upholstery--1 Needle
- Alphasew
  - Straight Lockstitch
  - Upholstery--1 Needle
- Artisan
  - Heavy Duty 2-Needle
  - Heavy Duty Cylinder Bed
  - Saddlestitch Machines
  - Straight Lockstitch
  - Upholstery--1 Needle
- Glaco
  - Straight Lockstitch
  - Upholstery--1 Needle
  - Zigzag
- Juki
  - Heavy Duty Cylinder Bed
  - Straight Lockstitch
  - Upholstery--1 Needle
  - Upholstery--Longarm
- Mercury
  - Straight Lockstitch



- o Zigzag
- Bernina
  - o Zigzag
- Brother
  - o Straight Lockstitch
  - o Upholstery--1 Needle
  - o Zigzag
- China Feiyue
  - o Shoe-Patch Machines
- Consew
  - o Heavy Duty 2-Needle
  - o Shoe-Patch Machines
  - o Straight Lockstitch
  - o Upholstery--1 Needle
  - o Upholstery--Longarm
- Ferdco
  - o Saddlestitch Machines

- o Zigzag
- Pfaff
  - o Straight Lockstitch
  - o Upholstery--1 Needle
  - o Zigzag
- Singer
  - o Shoe-Patch Machines
  - o Straight Lockstitch
  - o Upholstery--1 Needle
  - o Zigzag
- Supreme
  - o Straight Lockstitch
  - o Upholstery--1 Needle
- Tacsew
  - o Straight Lockstitch
  - o Upholstery--1 Needle
  - o Zigzag

| Knitting Machs. |
| Embroider Only |
| Sew/Embroider |
| How to Order |
| Contacting Us |
| Meet AllBrands |
| Financing |
| Ways to Order |
| Ways We Ship |
| Search |
| Search Our Site |
| Sewing Links |
| Craft Sites |
| Design Sites |
| Sewing Equip. |
| Information |
| Miscellaneous |
| Publications |
| Supply Sites |
| Sewing Tools |
| Discussion Groups |
| Sewing Bookstore |



## Key to Abbreviations:

- C = Closeout, no exchange, but return for warranty service.
- *Consumer Digest, Consumers Guide, Consumer Reports,* and *Consumer's Choice* "Best Buys" are indicated by **Bold Red Type** and the magazine's key comments are quoted. Ask for reprints & comparisons by mail, e-mail or fax.
- D = Floor model demonstrator, full warranty.

- DS = Drop Ship from nearest warehouse.
- FF= Freight Free within the contiguous 48 United States. Call for freight costs to Alaska, Hawaii and outside the USA.
- FS = Factory serviced--sealed with full warranty.

- MSRP = Manufacturer's suggested retail price.

- NLA = No Longer Available--with exceptions as noted (i.e., another label).

- OS = Open stock in original box sewn off, full warranty.

- R = Refurbished-used and reboxed (when available).

- V = Video available; if price $299V = (Video included).

- ( (machine/models in parenthesis) ) = Same as (same as the machine, not same as the price).

All our machines are new except where refurbished-used or

*News Flash:*
Singer-Nikko industrial plant in Japan is closing, so we *will* run out of stock on best made 20u series machines. Buy now before we have to order 20u copies from China. Also applies to Singer's 20u53, 20u143 Long-Bed and home 14u Sergers.

demonstrators are indicated, as available.

At AllBrands.com, we're not on the manufacturer's side, we're on your side. We are your buying agents for *All Brands*, not just selling agents for *one brand*. We use our volume buying power to help you get the best value we can secure for you.

## Table Top Commercial Machines from Stock or Drop Ship

"Power machines Run 3 to 9 times *faster* than portables with 3 to 9 times *more power!* Most have oil-bath automatic or Semi-Automatic wick lubrication."

1 Gallon White oil $19.98 + UPS Drop ship or save $30 by buying the 4-gallon box @ $49 or 6 gallon box for $59. Industrial needles $29+ per 100 Singer, Schmetz, Organ, Muva, etc. Specify machine, model #, needle style, size, reg, ballpoint, or leather.

- **Table Model Commercial and Industrial Machines $199** up + freight. separate power stand with adjustable "k" legs from $229 up. + freight. *Table Tops* only $49, *Legs* only $49, *Motors*--specify 1,725 RPM Slow Motor OR 3,450 RPM High Speed. ½ H.P., 110 OR 220 volt, *single or 3 phase,* **Ship from New Jersey, Georgia, Florida, Missouri, Illinois, Texas, California.** Sanshaw--Montreal, Manufactures most table stands. Replacement ½ H.P. motors by Champion $99.

Back to TOC

# Zigzag Section

Also see Industrial High-Shank Attachments for Zigzags.

- Artisan
- Bernina
- Brother
- Consew
- Glaco
- Mercury
- Pfaff
- Singer
- Tacsew

- **ARTISAN™ Industrial Zigzag Sewing Machines**
**Artisan Sewing Machine Heads** FOB California. Add Ergonomic Plywood Table Top Power Stands $199 w/o wheels to $299 for fully-submerged serger table. Heavy-duty plywood top, adjustable legs. Specify machine make and model number, speed, voltage and belt size.

**Artisan 20u143 Longarm $499** head. Made in China (Same as

Tacsew 20U-LA) or $699 with power stand.

**Artisan 20-53 @ $499** uses hook assembly made in Japan by Koban or $699 with Power Stand.

`Back to TOC`

---

## ● BERNINA Industrial Zigzag Sewing Machines

**Bernina (Tacsew) 950 4.5mm Zigzag, 22 stitch** assembled in Thailand with parts from Switzerland-- Built-in 5 -step Button Hole, 5 needle positions, 21 Utility and Decorative 4.5mm Satin Stitches. **Special combo discount** price--head plus table and ½ HP power stand for just **$1,299** or $1,099 for the head only.



Separate power stand by WMC $249 or Tacony @ $249 for existing owners. Straight stitch foot $29, plate $49. Replacement bobbin case @ $69. Rotary Bobbins for 217 + 950 Are $1.98 each Orig.

**1,725RPM Replacement Clutch Motors** $99-$149 Specify ⅓ or ½ H.P. 110 or 220 Volt, Single or 3 phase.

`Back to TOC`

---

## ● BROTHER Industrial Zigzag Sewing Machines

**Brother E652** Made in Korea 8 ¾" ARM, 12 mm zig zag, center needle position, 12mm Zigzag 1,800 SPM. Head only @ $799 or Head plus ½ HP Power Stand for just $999 + freight. This is a best seller because of its rugged design and proven in-service record.

`Back to TOC`

---

## ● CONSEW Industrial Zigzag Sewing Machines

**Consew CN 20u33** with bobbin winder and 3 needle positions $499 head. China.

**Consew C199R-1A Zigzag** 10mm, 3,200 SPM $1,439.

**Consew Walking Foot Zigzag:** (For Sails and Industrial Fabrics--not upholstery) Consew 146RB-1A Plain Zigzag $2,799. Thompson and SailRite have a portable walking foot with Zigzag at less than one quarter of the 146RB-1A's price.

**Consew 146-2A Two-Step Zigzag** or #3A 3 step Zigzag $3,575. Add Table, Stand and Motor $249 Plus Shipping.

Back to TOC

---

### ● GLACO Industrial Zigzag Sewing Machines

**Glaco LM-600-20U** Type $799 National C20033 @ $349 head. China.

Back to TOC

---

### ● MERCURY Industrial Zigzag Sewing Machines

**Mercury MZ 20-43u** @ $549 with table, stand and motor or $349 for head only.

**Pfaff 910-930** Germany Zigzag @ $2,999.

Back to TOC

---

### ● PFAFF Industrial Zigzag Sewing Machines

**Pfaff 910-930** Germany Zigzag @ $2,999.

Back to TOC

---

### ● SINGER Industrial Zigzag Sewing Machines



**20u53** 3 Needle Position replaced 20u33 and 20u13, but is *NLA* from Japan. See news flash above--this model is already out of production in Japan. There is a generic copy from Taiwan available now (20u53 Taiwan) at $699 for the head only or $899 with table, stand & motor. Singer will introduce the 20u73 in October.

**20u73** (made by Feiyue, China for Singer) scheduled for release in October, 2000. Will be $699 head only or $899 with table stand with motor. This model will replace the Singer 20u53 NLA from Singer Nikko plant in Japan.

**20u143 Long-Bed,** 11 ¾" $1,279 Head only (Japan) or $1,569 with power stand. See news flash above--buy before these go out of

production in Japan.

**457 Commercial Zigzag** with interchangeable cams $2,999 and $179 each cam for 10 utility and decorative stitches. Singer 457A135L, three step zigzag @ $2799. Drop ship from Miami. `Back to TOC`

---

⚫ **TACSEW Industrial Zigzag Sewing Machines**

**Tacsew T20U 8-3/8" Arm** 12mm Z.Z. 2,000 SPM $349 Head or $499 with power stand. Uses 135x5 Needles $29 per 100 size 9 to 18 (Same as Mercury MZ-20, Artisan, Consew 20u and National. All made in China). Can't use buttonhole, walking foot or ruffler attachment because needle clamp has no screw extension.

**Tacsew Longarm TLA 20U** 12mm Zigzag Long Arm 11 ¾" Full Size Bed 2,000 SPM @ $399 for head plus $229 for power stand.

**Tacsew (Bernina) 950 4.5mm Zigzag,** 22 stitch $1,099 Assembled in Thailand with Parts From Switzerland--Built in 5 Step Button Hole, 5 needle positions, 21 Utility and Decorative 4.5mm Satin Stitches. Rotary Bobbins for 217 + 950 Are $1.98 each Orig. Add Power Stand by WMC $249 or Tacony @ $249 to these prices. Straight stitch foot $29, plate $49. Replacement bobbin case @ $69.

**1,725RPM Replacement Clutch Motors** $99-$149 Specify 1/3 or ½ H.P. 110 or 220 Volt, Single or 3 phase. `Back to TOC`

# Industrial High-Shank Attachments

**For Straight-Stitch or Zigzag Models**

**G9 Ruffler** $69 +$12.98 for Smaller Needle bar clamp for 20U. Drop ship from NY.

**YS4455 or 1BA10 Buttonholer** $69 for 1-step round-end buttonholes.

**RWA5 Walking Foot** $49 works in straight-stitch position only.

**Leather Roller Foot** $29 screws onto presser bar.

**Hinged Cording Foot** #170-543014001 @ $29.

**Gathering Foot** or Piping or Double Piping foot $19. Foot for ¼ and ⅛ piping available.

**New 20U Straight Stitch Quilt Foot** with Guides (Right + Left) from Japan @ $49.

**20U Bobbin Case** $19. #_____

#556237 Bobbins or #055623 50¢ each. Singer Genuine Hook Complete #41014001 @ $99.

**#1955 (20U33) or 1910 (20U53) Needles** $29 for 100 of sizes 10, 12, 14, 16, 18. These ZZ Machines are for tailoring, apparel fabrics or drapery, not upholstery. Uses Chromium Plated #1955 (135x7) short tip needles @ $29 per hundred or 1910 (135x9) long tip Needles at $29 per hundred of one size. Ball Point and Leather Available. We can put Thompson Mini-Walker motors ($49) on these machines to make them portable, but all wood portable cases are over $200. Base only is $100. Great for sail makers.

Back to TOC

---

# Straight Lockstitch Section

## Auto-Oil High-Speed Straight Lockstitch Heads
Add 3,450 RPM Motor, table, and stand H131K $229.
Also see Industrial High-Shank Attachments for Straight Stitch Machines.

- Alphasew
- Artisan
- Brother
- Consew
- Glaco
- Juki
- Mercury
- Pfaff
- Singer
- Supreme
- Tacsew

---

## ● ALPHASEW Straight Lockstitch Heads

**Alphasew-PD60 #GC51-1,** 5,000 SPM $378 head.
Back to TOC

---

## ● ARTISAN Straight Lockstitch Heads
**Artisan Sewing Machine Heads** FOB California. Add Ergonomic Plywood Table Top Power Stands $199 w/o wheels to $299 for fully-submerged serger table. Heavy-duty plywood top, adjustable legs. Specify machine make and model number, speed, voltage and belt size.

**Needle Feed 518** with auto lubrication @ $699 or $899 with Power Stand.

**Artisan 5550N $329** head only (Juki interchangeable parts) or $529 with table, stand and motor. Have one set up in Baton Rouge.

**5550H Heavy Duty** @ $349 Head or $529 with Power Stand.

**5550 Big Bobbin** $399 or $599 with Power Stand.

**Artisan 196 R2 (Singer 96+196)** $229 or $399 with power stand.

**Artisan 196 R5 with big bobbin** $329 or $529 with power stand.
Back to TOC

## ⬤ BROTHER Straight Lockstitch Heads

**Brother B755 China**--4,500 SPM 5 stitches per inch $449, or $629 with power stand.

### BROTHER Needle Feed Straight Stitch:

**Brother 791-013** @ $1,499 with power stand. Pfaff has one too.

`Back to TOC`

## ⬤ CONSEW Straight Lockstitch Heads

**Consew CN2230R**--4,700 SPM $399 head or $599 with power stand.

`Back to TOC`

## ⬤ GLACO Straight Lockstitch Heads

**Glaco 240**--5,000SPM $499 head.

`Back to TOC`

## ⬤ JUKI Straight Lockstitch Heads

For used second hand Juki industrials go to www.luminas-co.com

**Juki DDL 5550**--5,500 SPM Japan $699 head--NLA. DDL5550N-7 WB With under trimmer and auto needle positioner @ $2499 or DDL8500-7 automatic @ $2999.

**5550H Heavy Duty** @ $349 Head or $529 with Power Stand.

**New Juki DDL 8500** Made in Shanghai, China Juki factory replaces DDL5550 and DDL5530 @ 5,000 SPM, 13 mm foot lift, 5mm stitch length, 6 stitches per inch and Size 9-18 DBX1 Needles @ $499 or $699 with power stand Best Buy! Replaces and same as Juki DDL5550. Or 8500-7-WB Auto Trim and Backtack $1,999. Just as good as Japan's quality under Juki supervision and quality control. Table, and Stand H131H $249. Juki Bobbins #B9117-012-000 @ $1.99 vs. generic #270010 or #40264T @ 50¢. 16x231 Needles $29 per 100. Lily White Oil $19 per Gallon or $10 a gallon if buying box of 6 gallons. Juki recommends its own Defrix #1 oil @ $29.98.

**New Juki DDL 9000** Dry Head (no oil), direct drive (no belt), 4,000 SPM, made in Shanghai, China. Coming at the end of October 1999 only with undertrimmer and needle positioner @ $2,499.

`Back to TOC`

## JUKI Needle Feed Straight Stitch:

**Juki 5410** @ $1,499 with power stand.

`Back to TOC`

### JUKI Double Needle Lockstitch:

Juki LH-3128 @ $1,999

Juki LH-3188 @ $2,999 with split needle bar.
`Back to TOC`

---

### ● MERCURY Straight Lockstitch Heads

Mercury M-141 Manual Oil 2,500 SPM With Reverse $199 head.
`Back to TOC`

### ● PFAFF Straight Lockstitch Heads

Pfaff 1053-01 (Replaces Pfaff 563) China 4,000 SPM, No Oil $599, $849 with ½ HP power stand or complete with built-in motor, table, stand, auto back tack, and thread trimming $1,699. No oil because hook base made of synthetic, wear-resistant material.

Pfaff 1183 5,500 SPM with self-oiling for higher speed $1,869.
`Back to TOC`

### ● SINGER Straight Lockstitch Heads

New version of 3115 is #431D200A, 2,200 SPM $969 head. Japan. No auto-oil. See news flash above--buy before these go out of production in Japan.

Singer Auto Oil 1191D300AA (220u23 old model), 4,000SPM $599 #1955 Needles $29 per 100. See news flash above--buy before these go out of production in Japan.

Singer 1591D300A 4,000 SPM $699 head. Japan. See news flash above--buy before these go out of production in Japan.

Singer Power Stands @ $269 have plywood core tops from Italy, and dual voltage motor ($99 replacement Value). See news flash above--buy before these go out of production in Japan.
`Back to TOC`

---

### SINGER Double Needle Lockstitch:

Singer 212UX127KA @ $2,999

Singer 212A543AA @ $3,999 with split needle bar.

Chainstitch--MH380U @ $2,999.
`Back to TOC`

● **SUPREME Straight Lockstitch Heads**

**Supreme #SSNLS** 5,000 SPM $329 head.

Back to TOC

● **TACSEW Straight Lockstitch Heads**

**Tacsew GC6-28** China 5,000 SPM $329 head or $499 with power stand.

**Tacsew TGL5550** (Compare to Juki 555) 5,500 SPM made in China $329 head or $499 with power stand.

Back to TOC

# Upholstery Section

**Single Needle Walking Foot Machines**
Add ½ HP Power Stand #K121L @ $229 assembled. Most use 135x17 needles @ $29 per 100 of a size, 16-23. Also see Merv's Upholstery & Work at Home Training--Videos on how to do all sorts of crafts.

| | | | |
|---|---|---|---|
| • Adler | • Brother | • Juki | • Singer |
| • AlphaSew | • Consew | • Mercury | • Supreme |
| • Artisan | • Glaco | • Pfaff | • Tacsew |

**Specialty Upholstery & Heavy Duty Sewing Machines**

| Double Needle Walking Foot: | Shoe Patch Machines: | Cylinder Bed Machines: | Longarm Machines: | Saddlestitch Machines: |
|---|---|---|---|---|
| • Artisan | • China Feiyue | • Artisan | • Consew | • Artisan |
| • Consew | • Consew | • Juki | • Juki | • Ferdco |
| | • Singer | • Mercury | | |
| | | • Pfaff | | |

● **ADLER Upholstery Heads:**

**Adler 267-373** compound walking foot needle feed upholstery machine. Comes with 3 extra bobbins and 10 needles size 110-140. Head only @ $1,749 or complete with table, stand and motor for just $1,999.

Back to TOC

●

## ALPHASEW Upholstery Heads:

**Alphasew-PD60** or optional #GC24-3 Compound Feed, Big Bobbin, 9mm Stitch Length, 2,000 SPM $499.
`Back to TOC`

## ARTISAN Upholstery Heads:

**Artisan Sewing Machine Heads** FOB California. Add Ergonomic Plywood Table Top Power Stands $199 w/o wheels to $299 for fully-submerged serger table. Heavy-duty plywood top, adjustable legs. Specify machine make and model number, speed, voltage and belt size.

**611AB** Compound Feed and auto-oil @ $649.

**618-1 Big-Bobbin** Compound Feed @ $699 or $899 with power stand.

**618-1SC** with safety clutch @ $749 head-only or $949 with table, stand and motor.

**Artisan 797AB** is a top and bottom feed only upholstery machine, but with automatic lubrication $499 head or $749 with table, stand and motor. No needle feed.

**4400B Single Needle** @ $1,299 very heavy duty upholstery machine.
`Back to TOC`

## ARTISAN Double Needle Machines:

**2220 Two Needle**, needle feed @ $1,129

**2220B Big "U" Bobbin** @ $1,199.

**4420 Two Needle** @ $1,999 very heavy duty upholstery machine.
`Back to TOC`

## ARTISAN Saddlestitch Machines:

**Artisan 9-2 Saddle & Harness Machine** made in USA. Stitches up to ⅞" leather. $3,999 NLA.

**Artisan 45K-2 Cylinder Bed** stitches up to ½" leather. $1,699 with redesigned power stand.

**Artisan Ram-2002 HD Cylinder Bed** with speed reducer sews up to ⅜" thick. $1,499.
`Back to TOC`

## ARTISAN Cylinder Bed Machines:

**45K-2 Cylinder Bed** (Singer 45K) $1,599 Plus $49 Detachable Work table.

**2318-1 Cylinder Bed Walking Foot** with big bobbin and auto lubrication @ $1,199.

Back to TOC

## CHINA FEIYUE Shoe Patch Machines:

**China Feiyue** (Mercury M18-1 or Speedway) GA-1 left hand shoe machine--Head only $299 plus $250 power stand.

Back to TOC

## CONSEW Upholstery Heads:

**C206RB-4 (SEIKO) 3,300 SPM 2.5 Stitches per inch or 10mm** Japan, Big Bobbin safety clutch, $1,349 or $1,599 with power stand (Same as Brother LS2-F52A Discontinued). Bobbin case is $49 for generic and $69 for original equipment #10845. Hook--complete, #18033 @ $199. Bobbin case base #18033-4 @ $99.

**Consew 226R-2** $1,699 Small Bobbin. Japan.

**Consew 255-RB2** @ $1,849 with big bobbin like Singer 211. Japan.

Back to TOC

## CONSEW Longarm Upholstery Machines:

**Consew 206RBL-4** @ $4,999 and power stand @ $399 + Fr. 25" arm vs 10" arm on 206RB-4 bed size 33-⅟₁₆ x 7" (852 x 178mm) 1,800 SPM. Any Upholstery Machine, new or used, can be cut and spread up to 30" arm in High Point, NC for $1,500 more.

**Consew 255RBL** 25" arm @ $5,699 + Power stand.

Back to TOC

## CONSEW Double Needle Upholstery Heads:

**Walking Foot** needle feed standard ¼" gauge Consew 339 @ $3,199 plus $300 for ½ HP Power Stand, $3,499 complete. Add freight on 200 pounds from New york.

Back to TOC

## CONSEW Shoe Patch & Cylinder Bed Machines:

**Consew 29** shoe patch short arm machine $1,099 or $1,199 with large bobbin.

**Consew 29L** Long arm $1,399 or $1,649 with large bobbin. Iron stand for foot power $699.

Back to TOC

## FERDCO Saddle Stitchers:

**Ferdco "Super Bull" Juki Pro 2000H** @ $6,195 or Pro2000 @ $5,195 (High 1" or 1.25" lift)

(Uses modified Juki TSC 441 with 16" long cylinder arm) With top compound feed only (no bottom feed dog) walking foot and needle feed. Foot lift 1" for ⅞" for leather saddle skirts and harnesses or 1" nylon, vinyl, canvas or rubberized fabrics, 800 SPM. Shipping from Idaho. ALlow 6-8 weeks as each machine is special order.

**New Pro6/6 Needle Feed**, ¾" Jump foot. No feed dogs to mark fabric. Cylinder Arm Power Stand and Hand Wheel @ $2,995 includes speed reducer.

**New Ferdco "Baby bull" Pro440R** (Uses Mercury M-122R {with reverse} head modified with reverse and improved needle plate) has bottom feed only--no top feed walking foot. ½" foot lift suitable for bridles, holsters, belts, reins, halters, breast collars, chaps, etc... $1,699 complete with table stand, motor, speed reducer, bobbin winder, thread rack, left toe foot, right toe foot, double toe foot, and two spools of thread. Note: Mercury M-122R (Not modified) sews leather and other item up to 10 mm, 800 SPM $999 with power stand and speed reducer. M120-1 without reverse is only $699 with power standard speed reducer.
`Back to TOC`

---

● **GLACO Upholstery Heads:**

**Glaco T-206** 2,500 SPM 8mm S.L. 111W Feet, 135X17 Needles $1,229 head.
`Back to TOC`

---

● **JUKI Upholstery Heads:**
For used second hand Juki industrials go to www.luminas-co.com

**DU141H from JUKI, Japan**--Top and Bottom Feed $999

**DNU241 H** Compound walking foot--Needle Feed, 8mm maximum stitch length, 2,400 SPM $1,349 head only or $1,599 with ½ HP Power Stand. Use 135x17 Needle. Juki DNU 241HS @ $1,299 head only has safety clutch if the hook gets out of time. Presser-foot lift 15mm by knee lift, 9mm by hand lift.

**DNU241 H-7** Auto thread trimmers, needle positioner and backtack. List $5,879 head only, **sale $4,999** with SC-380 motor/controller power stand.

**JUKI LU563NU** NLA. Replaced by LU1508 H below.

**JUKI LU1508 H** @ $1,929 for the head only and $2,199 with table, stand and motor.
`Back to TOC`

---

**JUKI Cylinder Bed Machines:**
For used second hand Juki industrials go to www.luminas-co.com

**Juki SC245 Cylinder Bed**, Unison Feed, Kneelift, 100 Pounds $2,999 plus Table.
`Back to TOC`

### JUKI Longarm Upholstery Machines

For used second hand Juki industrials go to www.luminas-co.com

**Juki DNU 241H-25"** arm $5,499 + Power stand.

Back to TOC

---

### ● MERCURY Heavy Duty Cylinder Beds:

**Mercury M-120-2R Cylinder Bed** @ $699 for head or $899 with power stand like 45K class; 800 SPM; ½" presser foot lift, large, heavy handwheel; 10½" x 7½" arm workspace; long beam. Heavy Duty Sewing Machine for medium to heavy leather, canvas and vinyls. Good for harnesing and webbing, safety belts, parachutes, industrial bags, book binding, ski boots, suitcases and other heavy fabric or leather applications. Needle size 214 x 2 TW similar to Singer 45K class. Features reverse feed, long-beak oscillating shuttle, maximum stitch length of 3½ SPI, maximum presser foot lift is ½ inch, maximum sewing thickness is ⅜ inch, maximum sewing speed 800 SPM and larger, heavier hand wheel. Roller presser foot @ $99.

Back to TOC

---

### ● NATIONAL Upholstery Heads:

**National GC 24-3** 2,000 SPM @ $559.

Back to TOC

---

### ● PFAFF Upholstery Heads:

**Pfaff 1425** Germany with table, auto trim, and back tack. NLA.

**Pfaff 1425-13** China with table, auto trim, and back tack. $4,999.

**Pfaff 1245-05** 2,800 SPM--7mm stitch length + 14mm foot lift. China $1,599 head or just $1,799 with ½ HP power stand.

Back to TOC

---

### PFAFF Cylinder Bed Machines:

**Pfaff 335-01 Cylinder Bed,** Unison Feed, Kneelift, 100 Pounds $1,949 head only. Call for the many power stand and table options. 1-800-SEW-SERG (739-7374).

Back to TOC

---

### ● SINGER Upholstery Heads:

**Singer 211U567AB--**2,700 SPM $1,649 head.

Back to TOC

---

**SINGER Shoe Patch Machines:**

**Singer 29U** Small Cylinder Arm Shoe Machine $2,249 with directional top feed. **Special Foot Power Table Stand & Motor--**$499 from Singer.

`Back to TOC`

---

● **SUPREME Upholstery Heads:**

**Supreme #SGC6-6** Top and bottom feed only $495 2,000 SPM.

`Back to TOC`

---

● **TACSEW Upholstery Heads:**

**TACSEW-Taiwan--TI206 RB** (Supreme EACH106R) 3,000 SPM or **TI563** (Supreme EACH156R13) NLA.

**Tacsew's New T111-155 @ $499 Head** or $729 in power stand. Welt feet Singer #111. Bobbin case--Consew #206 large big bobbin. Automatic oil bath lubrication, needle feed and walking foot = compound feed with adjustable height inside foot, +1,600 SPM.
   Accessories for the T111-155.

| Item | Part Number | Discount Price |
|------|-------------|----------------|
| Zipper foot, left | #S111ZL | $19.98 |
| Zipper foot, right | #S111ZR | $19.98 |
| Welt foot set | S32¼ | $29.98 |

**Tacsew China-GC6-7,** 1,600 SPM Needle Feed (Mercury M280L) @ $599.

**TACSEW T1563** 2,500 SPM NLA.

**TACSEW Gemsy 5550** Straight Stitch $299 head or $499 head with table stand and motor.

`Back to TOC`

---

# Blindstitch Sewing Machines:

**Blindstitch Brands**
- Consew
- Nara Treasure
- Singer Maier
- Tacsew
- US Stitchline

---

● **CONSEW Blindstitch Machines**

**Consew or Supreme C1099OM** 1 to 1 Ratio No Skip Stitch, Japan $1,249 head.

`Back to TOC`

## ● NARA TREASURE Blindstitch Machines

**Nara Treasure Japan #1020-2** (Liebersew, USA) Copy of original US Blindstitch 111 8-2 same as Consew 111 8-2 by Seiko @ $1,295 with optional manual thread cutter and 3 thread tensions.

**Nara Treasure BS2430 LPS Chainstitch, Blindstitch** 2 thread industrial flatlock for such applications as neoprene wet suit. $5,999 with power stand.

**Treasure FS787 Disc Feed** overseam for wet suit accessories $3,299 special order from Japan.
Back to TOC

## ● SINGER MAIER Blindstitch Machines

**Singer Maier** (Germany) #221 $1,699 head. **Maier #241** $2,099 is the very best quality blind stitch machine. Tacsew TH510 Compact, (same as Tony H-140 Taiwan by Huei Hwang) 2,500 SPM $499 head or $729 in Power Stand.
Back to TOC

## ● TACSEW Blindstitch Machines

**TACSEW T1718-2 $799** Head or $999 in Power Stand. *Full Size* From Center Manuf. in Yamagata, Japan Single Thread Chainstitch 2,500 SPM, (Same as U.S. Stitchline 718-2 $999 or $1,199 in power stand, Singer #8, Consew 817, National IND222 & Supreme CM3-601) Skip stitch and knee-lift operated swing-down cylinder arm with swing away work plate, 2,500 SPM $999 Uses curved WX5T #251 lg. needles 99¢ each or $79 for 100 of same size 10, 12, 14 or 16. Replacement looper @ $49.
Back to TOC

## ● US STITCHLINE Blindstitch Machines

**U.S. Stitchline SL718-2/D** with Large Stationary Drapery Plate $999 head. Add 1,725 RPM motor-table-stand $229, or $1,199 combo price plus freight from New Jersey.
Back to TOC

# Industrial Sergers:

**Serger Brands**
- Artisan
- Brother
- Juki
- Mercury
- Singer
- Tacsew

## ● ARTISAN Industrial Sergers

**Artisan OVL205 5 Thread Overlock** @ $1,199.

405—3 Needle--5 thread top and bottom coverstitch ¼" @ $699.

Back to TOC

## BROTHER Industrial Sergers

New Brother N31 7,500 SPM $1,369.

Brother Japan 581 Head only $999 best buy plus $300 for ½ HP Submerged Power Stand.

Back to TOC

## JUKI Industrial Sergers

Juki MO3716 is @ $1,699. Juki MO3616 is $1,299 head, or $1199 out of Miami.

Back to TOC

## MERCURY Industrial Sergers

Mercury M605-4 Two Needle, 5-Thread Serger--5,500 SPM auto lubrication @ $799 for head or $1,099 in fully submerged power stand.

Mercury SH6005--4,550 SPM $1,099 Plus Submerged Stand $349 add Freight.

Mercury 605 HEAD @ $999 much better. Tacony Submerged Serger Stands @ $299. WMC fully submerged serger stands set-up $349.

Back to TOC

## SINGER Industrial Sergers

Singer (Kingtex-Taiwan) 1831U001 3 thread @ $1,329 (Same as KingTex SH6003 @ $979), 1832U023 3-4 thread mock safety @ $1,399 (Kingtex #5H6004 @ $999), 1842U065 3+5 thread true safety@ $1,499 (KingTex SH6005 @ $1,099, or $799 out of Miami) Add $299 Power Stand plus freight from Murfreesboro, Tennessee. B27 Needles $29 for 100.

Back to TOC

## TACSEW Industrial Sergers

Tacsew 3 THREAD metal heavy duty Overcast Serger Tacsew GN1-113 (China) 1 needle, manual oiling, 4mm foot lift, 2.5 to 3.8mm width, $149 plus $229 power stand for 3,000 SPM Like Singer 81 class.

Back to TOC

Industrial Table-Top Machines at Deep Discounts from AllBrands.com, The Sewing Mac.. Page 18 of 21

# Industrial Buttonhole & Specialty Sewing Machines:

**Specialty Machine Brands**
- Artisan Buttonhole & Specialty Machines
- Juki Buttonhole Machines
- Suzuki Eyelet Buttonhole Machines

---

## ● ARTISAN Buttonhole & Specialty Machines

### Artisan Buttonhole Machines:

**BH970 Cylinder Bed** square bar buttonhole machine. 1" purl or whip @ $3,999.

**373 Button Sewing Manual Hand-Crank**--Head only @ $999 or 373M (China) head plus standard or walk-around stand @ $1,229 if you prefer motor operation. 373H (Hand Crank) @ $1,199. B373NS (Taiwan) @ $1,469 for head with power stand. Original Juki MB373 is $2,100 head only.
Back to TOC

---

## ● Artisan Specialty Machines:

**380 Two Needle Chainstitch** for lap seam and hemming @ $1,099.

**NP10 Leather Skiving Machine** with top and bottom positive feeding rollers and shank $1,499 in Power Stand. **Fabric Cutters:** Mini 2" hexagonal blade, sharpener and guide--cuts ¼" $99. 3½" **Octagonal Blade** cuts ½" $129.

**Post Bed 5110** @ $799

**Post Bed Double Needle 5120** @ $899.

**RAM 2000** @ $999.
Back to TOC

---

## ● JUKI Buttonhole & Specialty Machines

**Juki LBH 782 Buttonhole Machine** @ $3999 drop shipped from Miami. Juki LK1850U bartacker $2999 drop shipped from Miami.
Back to TOC

---

## ● SUZUKI Eyelet Buttonhole Machine

**Suzuki Eyelet Buttonhole Machine** (Keyhole or round end) #52-323-2 with built-in motor (formerly known as "Diana" Manufactured in Yamagata, Japan in the same Suzuki Factory where Babylock Eclipse & Blindhemmers are made.) 2 thread chain stitch, built -in Thread

Trimmer, cut open buttonhole before or after sewing, 2,000 SPM, 12 to 35mm button hole length, 4 to 9 mm tapar bar length, 0.5 to 1.5mm button hole length, 36 kilos @ $6,999 drop ship from Tokyo FOB plus $200 air fare to USA.

`Back to TOC`

# Industrial Quilting Machines:

**Specialty Machine Brands**. Also see our Home Quilting & Craft Machine Page.
- American Ultimate
- Bind All
- Kenquilt
- Nolting
- Singer

## ● AMERICAN-ULTIMATE Quilting Machines:

**American Ultimate II** with 12' table $5,975.

**American Ultimate Long Arm** 30 inch $8,499.

`Back to TOC`

## ● BIND ALL Quilting Machines:

**"Bind All" High Speed** is a straight lockstitch in Power Stand with binder attachment and reels for automatic workstation binding of quilts $1,499. Ask about Freehander attachment to the bind all for free motion quilting. Design-A-Quilt quilting machines @ $2,999 come from the same company as Bind All, drop ship from Kentucky.

`Back to TOC`

## ● KENQUILT Quilting Machines:

**Kenquilt KQ12DS** 3,500 SPM Short Arm Space 9 x 5" with 12' table @ $2,299 or **KQ 14' Table** @ $2,599 16x231 needle $29 per 100, With 12 patterns and 32 minute instructional video. Needs $99 Automatic electric bobbin winder for these bobbins.

**Royal Kenquilt Longarm** 24"x12" made in U.S.A. Comes with 12 standard and 8 enlarged patterns, laser light to follow pattern, 12" pattern width, built-in bobbin winder, direct permanent magnetic motor drive, sealed ball bearings, self oiling brass bearings for $6,999 Complete. 12 or 14" table, your choice. Quilts up to 2 layers of 20 ounce batting compressed up to 1" height. $150 crating charge and freight. Includes video for set-up.

`Back to TOC`

## ● NOLTING Quilting Machines:

**Nolting** SMS 18 x 8" open arm with 14' steel table. Continuous feed batting roller, cord truck, ratchets and accessories $5,999 BEST BUY. Nolting 24 x 10" arm $6,999V. Nolting 30 x 10"

@ $7,799V, Nolting CSMS #36 computerized quilting machine $29,499. Drop ship from MO. 150 Crating and freight charge. Fred Nolting has developed "Intellistitch", a new motor that speeds up SPM when you move the head faster while maintaining uniform stitch length control! It can be ordered with or adapted to any Nolting, for $2000-3000 MORE, depending on model includes. Jam prevention and auto shutoff. **Nolting's** Keith 15 16" x 8" Free-Hand quilter $2,499 in Power Stand.

Back to TOC

## ● SINGER Quilting Machines:

**Singer "Missouri Quilt Maker"** is a Singer straight stitch, Industrial machine with Knee Lift, Walking Foot, and Quilter's Big foot (Tacsew Version $999).

Back to TOC

# Industrial Chainstitch Embroidery Machines:

## ● Chainstitch Embroidery:

**Consew 104-1T** Hand guided 1-thread decorative chain-stitching machine @ $1569 plus power stand.

**Consew 104-2T** Hand guided 2-thread decorative chain-stitching machine @ $1599 plus power stand.

These machines require a special Frontier Power Stand @ $299 plus setup. Drop shipped from Dallas.

Back to TOC

**Industrial Fabrics Association, Inc. (IFAI)**
1-800-225-4324 or 1-651-222-2508. Fax 1-651-631-9334.
E-mail review@ifai.com or visit their Home Page at http://www.ifai.com.
Address:

*Industrial Fabrics Association, Inc. (IFAI)*
*1801 County Road BW*
*Roseville, MN 53113-4061.*

**Industrial Sewing Machine Section of AllBrands.com**
[Industrial Sewing Machines] [Industrial Portables] [Industrial Table-Top Machines]

**Other Areas of AllBrands.com**
[HOME PAGE] [Home Sewing Equip] [Industrial Sewing Equipment] [Help]
[How to Order] [Search] [Discussion Group] [Sewing Bookstore] [Mail Us]

Copyright © 1998, A All Brands Sewing Super Store, All rights reserved.
This page, http://www.allbrands.com/industrl/tabletop.htm was last modified Monday, 18-Sep-2000 14:07:34 EDT.

# EXHIBIT   D



**Bernina Artista 180**

*Home Use Sewing Machines,*
*Bernina*

# Home Use Sewing Machines:

**Go To** Bernina Machine Descriptions

## Sewing Machine Brands Currently Available (Alphabetical Order)

### Key to Abbreviations

- *Consumer Digest, Consumers Guide, Consumer Reports,* and *Consumer's Choice* "Best Buys" are indicated by **Bold Red Type** and the magazine's key comments are quoted. Ask for reprints & comparisons by mail, e-mail or fax.
- DS = Drop Ship from nearest warehouse.
- C = Closeout, no exchange, but return for warranty service.
- D = Floor model demonstrator, full warranty.
- FS = Factory serviced—sealed with full warranty.
- MSRP = Manufacturer's suggested retail price.
- OS = Open stock in original box sewn off, full warranty.
- R = Refurbished-used and reboxed (when available).
- V = Video available; if price $299V = (Video included).



Case: 1:01-cv-00585 Document #: 1 Filed: 01/29/01 Page 47 of 66 PageID #:47



- NLA = No Longer Available--with exceptions as noted (i.e., another label).

- ( (machine/models in parenthesis) ) = Same as (same as the machine, not same as the price).

All our machines are new except where refurbished-used or demonstrators are indicated, as available.

At AllBrands.com, we're not on the manufacturer's side, we're on your side. We are your buying agents for *All Brands*, not just selling agents for *one brand*. We use our volume buying power to help you get the best value we can secure for you.

## BERNINA & Bernette Sewing Machines

Bernina has introduced a whole new line of Swiss computer machines including a new top of the line with their 1st embroidery hoop machine made in Switzerland. Dealer can program stitches into the Virtuosa 160, Artista 170, and 180 computer machines. No more mechanical machines are being made in Switzerland, which means older 730, 801, 830, 900, 910, 930 and 1030 machines will become more valuable. Bernina now uses a manufacturing plant in Thailand for 950 and 1008 and uses Thai Parts and Labor for the Bernette Sewing Machines. Look for return of more mechanical machines from Thailand, where the flatbed industrial Tacsew-Bernina 950 @ $1,099 and Home Mechanical 1008 @ $599 are now being assembled using some Swiss parts but Taiwan motors. Oscillating hooks have been put back on to the freearm line, except the 9mm Zigzag Artista 180, which uses a Juki (Hiroshima, Japan) Rotary hook like Pfaff and Singer XL50. See Bernina's Web Site at http://www.berninausa.com/.

Back to TOC

## BERNINA MODEL NEWS:

- **1008** $899 List, $699 Sale. 17 stitch mechanical **made in Thailand** with 6 step buttonhole, snap-on feet, foot control and Taiwan motor.
- **Activa or Virtuoso;** Bernina Computer Activa 130-13 stitch, memory buttonhole $1,199 (on sale: $999) or Activa 140-23 stitch plus keyhole buttonhole $1,499 (on sale: $1,199). Extension slide on sewing table $69. Bernina Computer Virtuosa 150-28 stitch with 3 button hole @ $2,499 list or $1,499 Sale. Optional kneelift assembly on 130, 140, and 150 @ $149. **Virtuosa 160** Features 38 stitch with 4 button holes and 3 alphabets is the only one of these models that comes

with knee lift installed and slide on table @ $1,999. Freearm covers are stainless steel so the line looks less plastic (Casing and Hook now have plastic). Dealer can use their computer to program in changes to stitches in the Virtuoso #160, #170, & #180 which have a programmable stitch library of 235 stitches. **Neither Activa or Virtuoso models have auto tension, only Artista 180.** 170 Zigzag width is only 5mm wide (less than ¼"). Dealer can change programming 18 stitches at a time and print out a flimsy plastic template overlay of new stitches.

- **Bernina's new Artista 180E** with Juki Rotary Hook and 206 stitches @ $3,999 and Artista 170 Swiss oscillating hook-147 stitch @ $2,999 with optional 6x8" Embroidery Hoop drive unit. 180E Finally has truly automatic metered thread tension, auto needle threader, touch screen, 500 stitches, reads button diameter **but not height** on 11 buttonhole styles, 13 quilt stitches, variable size embroidery but **no automatic thread trimmer and no drop in bobbin!** Customizer Reader-Writer Box @ $299. Artista interactive training CD-ROM @ $149 each. *Art of Embroidery Basics* and *Art of Editing and Digitizing.* You can buy the 180 and 170 without the "E" but they do not come with the embroidery unit.

**ARTISTA CARDS** for 170 and 180. See the Embroidery Software Section under Bernina. Not interchangeable with Bernette Deco 500 + 600, Brother, or Baby Lock cards so only 20 cards are usable on the 170 and 180! vs 130 plus on Deco, Espree, Esante, Simplicity, Brother and 75 with Elna-New Home by Janome. A "Black-Box" Card Converter is coming from Amazing Designs. This should help bring up Bernina's card capability. Hoop it All big hoop for Artista embroidery unit @ $99 for up to 6 x 8" Designs.

Back to TOC

**ZIGZAG WIDTH**—Bernina's new machines still have only 5mm Zigzag Width except #180 has up to 9mm Zigzag with the Juki hook. Viking, Pfaff, and White have up to 6mm. Elna, Singer, and Baby Lock have 6.5 to 7mm. Old Necchi Logica (Sears SensorSew 100) had 8mm. Bernina's CB Hooks are no longer all metal on Activa, Virtuosa, and Artista 170 as they were on 1630 down. Warning: Bernina warranty cards have no free service labor (only parts) so dealer has to correct problems at their own expense. Five year electronics warranty only covers printed circuit boards, 3 motors, wiring, and lighting. Foot control and cord is only 2 years.

New Bernina walking foot fits 1630 down or Activa, Virtuosa, and Artista @ $89 with left and right quilt guides. Generic walking foot with built-in adapter @ $49. **PD60 is exact copy of Bernina's walking foot with quilt guides @ only $49. Specify Bernina model.**

**Generic Feet** for Bernina 130-190 are only $14.98 each vs. $29 for Bernina originals. The quality is as good as the original: zig-zag, open toe embroidery, buttonhole, and pintuck (3, 5, or 9 groove) are now available. The ¼" seam foot, and free motion foot are not yet available for 130-180. Adaptor for low shank screw on attachments or ruffler is only $9.98

**New Hands Free** *Universal Presser Foot Lifter* converts any Bernina without Knee lift, or non-Bernina machine to foot-operated presser foot lift. Easily attaches to new and older machine like a bicycle or lawn mower cable, so it can be set to lift to any height. Uses non-slip pad for machine and foot controlled presser foot lift more like the industrial automatic machines. From the good folks at Fasturn! Only $39 Plus UPS $6.50 for a total of $45.50 Available Now! Viking-White and Elna-New Home, and Singer presser foot lift clamp adaptors are $4.98 each.

## OLD STYLE METAL CASE & METAL HOOK REFURBISHED BERNINAS:

**1630V** 200stitch, Juki hook, 9mm ZZ, up to 45mm patterns. $1,999R or $1,499 as is when available with on-screen digitizing. Software Version 2.0 @ $399. Programmed or Blank Keys $99. Memory Key Case $29, Accessory Foot case $29. Bobbins @ $1.49 each.

**1530** No Updatable stitches and Only 5mm Wide Zigzag–No Longer Available.

**1260** Block and Script Alphabet--N.L.A.

Back to TOC

**1230R** keyhole buttonhole and block alphabet $1,499R when available.

1130 $1,299R or $1,099 as is when available.

1090 with knee lift, slide-on table, case and basting $1,199R or $999 as is when available.

1010 @ $699R or $599 as is (4 left).

1008 @ $599R or $499 as is has snap on feet like Elna.

1006 @ $699R or $599 as is (2 left).

1000 Rotary @ $499R when available.

**950 Bernina or Tacsew Flatbed Industrial Head** 21 stitch 2,000 SPM $1,099 plus $249 power stand (total $1,348) with built-in 5-step buttonhole. Now Made in Thailand with some Swiss parts. Rotary bobbins for 217, 740, 840, 850, 940, and 950 are $1.98 each, or $0.99 each generic! (Same as Singer 221 Feather Weight bobbins.) Straight stitch plate $49. Straight stitch foot $29. Organ Brand  16x231 Needles are only $29 for 100 of a size (Same as #257 Bernina-Schmetz).

930N Needle Up & Down @ $1,199R when available.

930 Needle Up Only @ $999R when available.

**910** Needle Up & Down, DC Motor $899R or $799 as is (2 left).

**900R** @ $599R or $499 as is (3 left).

**830H**--Handicapped $799R or $699 as is (1 left).

830 Record $799R or $699 as is when available.

801 Sport $599R or $499 as is (6 left).

**730R** $699R or $599 as is (1 left without knee lift).

**DECO 600 with three fonts,** Sixty one point designs, 10 frames, 12 borders, auto thread cutter, and low bobbin indicator, tells you how much time until completion; 110x110mm Sewing Area @ $1,999 list ($1,299 sale) Brother's "Snoopy" PE-200 is a better buy at our price $1,299R and includes card 1 and 2 plus 45 built-in exclusive Snoopy designs. Also Deco 500 + 600 won't read Snoopy card #26 or Japan's Disney, Winnie the Pooh, or Sesame Street (except by Amazing Designs). Bernina Deco Cards 101-120 $129 each! See list one Embroidery Software Page, under Bernina. Brother, Baby Lock and Amazing Designs cards are only $75 to $99. Send your mailing address for color pictures of designs.

125R $499 from 1943 as is.

117R $499 from 1938 as is.

105R $499 from 1930s as is.

Replacement All Metal Oscillating Hook $69. Bobbin case $69 original or $29 for the generic with thread hole in Bobbin Case finger. Bobbins @ 75¢ each. Bernina 830E Generic Replacement motor $99. Cut and sew attachment @ $49R. Other feet $29+ original or $10 to $15 for PD60 generics (Same style, exact copies).

**Deco Wizard Software** Version 1.0 @ $1,299 only operates in 4x4" mode. Brother PE Design software is a better buy and also operates in the 5x7" mode for new machines. Deco Customizer Deluxe v4.0 @ $799 MSRP for Windows95 only is made by Oklahoma Embroidery Systems (OESD) and is the same exact software as our "Magician 4.0" at almost half the price. What is unique is that it reads, sizes, and writes DOS condensed and expanded designs and works with most home embroidery software systems. Smart·Sizer for Windows 3.1 and Smart·Sizer Gold for Windows 95 or 98 is a better buy for sizing Amazing Designs and converting formats, except condensed.

**PE Scan-Imager II** $499 New. Or upgrade your version I scanner for $199 to upgrade to version II.

**Bernina Clip on Quilting foot specials for model 1630 and down:** #37 ¼" seam foot for

quilt piecing only $9.98. #29 Big foot for outline quilting and embroidery only $9.98
Guaranteed to work just as well as Bernina Original @ $29. Other generic feet average $14.98.
#1 Zig Zag, #2 Overlock, #3 Buttonhole, #4 Zipper, #5 Blindhem, #9 Darning, #10 Edge stitch,
#12 Bulky Overlock, #14 Zipper with Guide, #16 Zigzag gathering, #18 Button sew on, #20
Open toe embroidery, #37 ¼" seam foot, and three, five, or nine groove pintuck foot. Adaptor
foot @ $9.98

Back to TOC

## Home Sewing Machine Section of AllBrands.com
[Home Sewing] [Sewing Machines] [Brands We Carry] [Singer] [Quilting & Craft]
[Sergers] [Embroidery Machines] [Embroidery Only Comparison Chart]
[Sew/Embroider Comparison Chart] [Cutting Equipment] [Irons & Presses]
[Sewing Supplies] [Knitting Machines] [Sewing Furniture]

## Other Areas of AllBrands.com
[HOME PAGE] [Home Sewing Equip] [Industrial Sewing Equipment] [Help]
[How to Order] [Search] [Discussion Group] [Sewing Bookstore] [Mail Us]

Copyright © 1998, A All Brands Sewing Super Store, All rights reserved.
This page, http://www.allbrands.com/homemach/sewing/bernina.htm was last modified Monday, 22-May-2000 14:34:20 PDT.

Design By ET Productions: Developing Web-Sites for Your Net Profits

ET! Productions -- WWW Designers
http://www.etproductions.com/

# EXHIBIT  E

LAW OFFICES

# *Schoenberg, Fisher, Newman & Rosenberg, Ltd.*

SUITE 2100
222 SOUTH RIVERSIDE PLAZA · CHICAGO, ILLINOIS 60606-6101
TELEPHONE 312/648-2300
FAX 312/559-1172

ROBERT C. GOLDBERG

OUR FILE NUMBER

95-427

June 30, 2000

Mr. John Douthat
Ms. Annette Douthat
All Brands Sewing Super Store
9789 Florida Boulevard
Baton Rouge, Louisiana 70815

**Certified Mail**
**Return Receipt Requested**

| Certified Article Number |
| --- |
| P 972 499 010 |
| SENDERS RECORD |

   Re: **Bernina of America, Inc.**

Dear Mr. and Mrs. Douthat:

  We are legal counsel to Bernina of America, Inc. Bernina is the owner of the registered trademarks Bernina and Bernette. Our client has used these marks continuously for many years in conjunction with the manufacture and sale of sewing machine products. During that time, Bernina of America has expended a great amount of time and money in advertising and providing its products to thousands of consumers throughout the United States of America and worldwide. As a result of these efforts, the Bernina and Bernette trademarks have acquired substantial recognition and goodwill and have become distinctive of the high quality products with which they are used.

  Bernina of America, Inc. has recently learned that All Brands Sewing Super Store is improperly using Bernina and Bernette trademarks in advertisements on the Internet at "http://www.allbrands.com/homemach/sewing/bernina.htm" and within "metatags" (hidden source code embedded in web sites that Internet search engines use to index web sites). Because of All Brands unauthorized use of the trademarks Bernina and Bernette in your advertisements, consumers have been misled that they were purchasing Bernina products from an authorized Bernina/Bernette Dealer when they are not. Consumers are deceived further when they learn that the Bernina and Bernette machines sold by All Brands do not carry the Bernina Warranty extended to an original purchaser. Additionally, the unauthorized use of Bernina and Bernette as metatags causes Internet users to obtain the listing of All Brands Sewing Super Store when searching for Bernina and Bernette products.

  Recent cases, including <u>Brookfield Communications, Inc. v. West Coast Entertainment Corp.</u>, 174 F. 3d 1036 (9th Cir. 1999), have held that embedding another company's trademarks as metatags in a web site violates the Lanham Act and constitutes unfair competition. We

*Schoenberg, Fisher, Newman & Rosenberg, Ltd.*

Mr. John Douthat
Ms. Annette Douthat
June 30, 2000
Page 2

believe that All Brands' unauthorized use of the trademarks Bernina and Bernette create the likelihood of customer confusion as to source, sponsorship, or approval of products or services, and as to affiliation, connection, or association with Bernina of America, Inc. and thus infringes Bernina of America, Inc.'s registered trademark rights in Bernina and Bernette under Illinois law and the Lanham Act. Furthermore, Bernina is falsely associated with All Brands when the search terms Bernina and Bernette are entered in Internet web sites because of All Brand's deceptive and inappropriate use of our client's trademarks as metatags.

We ask that All Brands Sewing Super Store immediately remove the terms Bernina and Bernette from your web site and from All Brands embedded code in its web site, re-register with the search engines, and refrain from using any of Bernina of America, Inc.'s registered trademarks.

Please confirm your agreement to this request on or before July 10, 2000.

Very truly yours,

Robert C. Goldberg

RCG/lmh
cc: Bernina of America, Inc.
    Mr. Mike Perich

# EXHIBIT F

Case: 1:01-cv-00585 Document #: 1 Filed: 01/29/01 Page 56 of 66 PageID #:56

Yahoo! Search Results for Bernina                                    Page 1 of 3

 **Powered by Google**  Help - Personalize

**Search Result** Found about **4990** web pages for **Bernina**



know your mountain.
*Sports Outdoors*
get up to the minute ski conditions, news, weather, & gear

| Categories | Web Sites | **Web Pages** | Related News | Events |

## Inside Yahoo! Matches

**Shopping:** Over 100 **Bernina** listings on Yahoo! Shopping

**Web Page Matches** (1 - 20 of about 4990)

**Search Books!**



• BERNINA
• Search Books
• Calendars

- **Bernina**: Your Sewing, Serging, Embroidery, and Quilting Center
  Download a FREE embroidery Design from **BERNINA**
  Request your Free artista CD.
  http://www.berninausa.com/ [More results from www.berninausa.com]

- **Bernina** Naehmaschinen - Fritz Gegauf AG - Sewing machines
  Headquarters, Firmensitz, by **BERNINA** Fritz Gegauf AG. Webmaster **Bernina**.
  Last modified: 2000-11-08 by media-plus.ch.
  http://www.bernina.com/ [More results from www.bernina.com]

- **Bernina** Fan Club
  **Bernina** Fan Club Home Page. ... Note: This is a very high
  traffic list. **Bernina** Mailing List Guidelines. ...
  http://mail.kosmickitty.com/Bernina/Bernina.html [More results from mail.kosmickitty.com]

- **Bernina**
  On-line demos are available: ... What is **bernina**? ... The current distributed version
  is 0.1.11f, released April 21, 99. How do I get **bernina**? ...
  http://www-sop.inria.fr/safir/WHOSWHO/Manuel.Bronstein/bernina.html [More results from www-sop.inria.fr]

- **Bernina** Australia
  This entire page will be displayed in browsers that
  do not support frames. Edit in this mode to ...
  http://www.bernina.com.au/ [More results from www.bernina.com.au]

- Homepage **Bernina** Schweiz
  Sie benötigen einen framefähigen Browser. Wir empfehlen Ihnen
  Netscape's Communicator oder den Explorer von Microsoft. ...
  http://www.bernina.ch/ [More results from www.bernina.ch]

- **Bernina** Sewing machines and overlockers - official UK site
  ... **Bernina** Sewing machines and overlockers. The official UK site for **Bernina**, Artista,

Case: 1:01-cv-00585 Document #: 1 Filed: 01/29/01 Page 57 of 66 PageID #:57

Yahoo! Search Results for Bernina                                    Page 2 of 3

Virtuosa, Activa, Bernette sewing machines and overlockers for embroidery ...
http://www.bernina.co.uk/ [More results from www.bernina.co.uk]

- **Bernina** and Janome sewing machines, fabric, sewing classes, ...
  ... News. New, Free **Bernina** Embroidery Design. You can read
  more news on our What's New page... ...
  http://www.nuttall-bernina.com/ [More results from www.nuttall-bernina.com]

- **Bernina** Sewing Center Online
  ... Register at **Bernina** Sewing Center or call us at 732-566-2121. Join us for this special
  event and see the latest in creative gift-giving ideas. Attendees receive ...
  http://www.bernina-of-matawan.com/ [More results from www.bernina-of-matawan.com]

- **BERNINA®** - Wilhelm Naumann GmbH
  Diese Seite verwendet Frames. Frames werden von
  Ihrem Browser aber nicht unterstützt.
  http://www.bernina.de/ [More results from www.bernina.de]

- Hotels Geneva, Switzerland, Hotels Genf, Hotels Geneve - TOP ...
  ... The TOP Hotel **Bernina** is centrally located directly opposite the main Railway
  station. Within our immediate Area you will find the bus terminal for all ...
  http://www.tophotels.ch/bernina/index.asp [More results from www.tophotels.ch]

- Ann Silva's **Bernina** Sewing Center Home Page
  ... The **Bernina** 180E. ... Ann Silva's **Bernina** Sewing Center (Now at
  our new location next to the JC Penney Home Store!). ...
  http://www.annsilvasbernina.com/ [More results from www.annsilvasbernina.com]



- **Bernina** Home Sewing Machines from AllBrands.com: The Sewing ...
  ... **Bernina** Artista 180 Sewing Machine **Bernina** Artista 180. Home Use Sewing Machines:
  **Bernina**. Home Use Sewing Machines: Go To **Bernina** Machine Descriptions. ...
  http://www.allbrands.com/homemach/sewing/bernina.htm [More results from www.allbrands.com]

- Epinions.com - Reviews of **Bernina** Sewing Machines
  ... **Bernina** Artista 170 Sewing Machine Est. price: $3,000, **Bernina** Virtuosa 150
  Sewing Machine Est. price: $1,500, Browse **Bernina** Sewing Machines. ...
  http://www.epinions.com/hmgd-Large_Appliances-All-Sewing_Machines-Bernina [More results from
  www.epinions.com]

- SAC Sektion **Bernina**
  Designed by Gammeter AG, St. Moritz.
  http://www.sac-bernina.ch/ [More results from www.sac-bernina.ch]

- **Bernina**
  **Bernina**.
  http://www.bernina-sewing.co.uk/

- **Bernina** Biosystems GmbH
  http://www.bernina-biosystems.com/ [More results from www.bernina-biosystems.com]

- Peakware - **Bernina**
  ... **Bernina**. Please sign our summit log! ... Fact Box. Other names/spellings,

Case: 1:01-cv-00585 Document #: 1 Filed: 01/29/01 Page 58 of 66 PageID #:58

Piz **Bernina** Pizzo **Bernina**. Elevation (feet), 13,284. ...
http://www.peakware.com/encyclopedia/peaks/bernina.htm  [More results from www.peakware.com]

- **Bernina** Related Items from Creative Sewing Machines, Mt. Airy ...
  ... Listed below are several items related to **Bernina** and **Bernina** products: Artista
  Software. ... Virtuosa CPS. Artista CPS. Magic Box. How to buy **Bernina** from US. ...
  http://www.creativesewing.com/berninaproducts.htm  [More results from www.creativesewing.com]

- Heirlooms Forever - **Bernina** Sewing Machines and Sergers
  **Bernina** Sewing Machines and Sergers. Notice: With the
  ability of the Internet to reach customers ...
  http://www.sews.com/bernina/bernina.html  [More results from www.sews.com]

### Next 20 matches

**Related Searches:** bernina sewing machines

**Next Search:** | Bernina | advanced search - help

### Other Search Engines

Alta Vista - NBCi - Google - Britannica.com - Direct Hit - dot com directory - NorthernLight - Ask Jeeves - More...

Yellow Pages - People Search - City Maps - Get Local - Today's Web Events & Chats - **More Yahoos**

Copyright © 2001; Yahoo! Inc. All Rights Reserved. Privacy Policy - Terms of Service - Help - Feedback

Case: 1:01-cv-00585 Document #: 1 Filed: 01/29/01 Page 59 of 66 PageID #:59



**Bernina Artista 180**

*Home Use Sewing Machine*

*Bern*

# Home Use Sewing Machines:
**Bernina Machine Descriptions**

## Sewing Machine Brands Currently Available (Alphabetical Order)

## Sewing Machine Brands Currently Available (Alphabetical Order)

| | |
|---|---|
| ❖ Babylock | ❖ Necchi |
| ❖ **Bernina** | ❖ Nelco |
| ❖ Brother | ❖ New Home |
| ❖ DressMaker | ❖ Pfaff |
| ❖ Elna | ❖ Riccar |
| ❖ Euro Pro | ❖ SeamMaster |
| ❖ Feiyue | ❖ Simplicity |
| ❖ Jaguar | ❖ Singer |
| ❖ Janome | ❖ Toyota |
| ❖ Juki | ❖ T.S.M.D. |
| ❖ Kenmore (Sears) | ❖ White |
| ❖ National | ❖ Yamata (Feiyue) |
| ❖ Mercury | |

**Also see** Quilting Machines



## Key to Abbreviations

- C = Closeout, no exchange, but return for warranty service.
- *Consumer Digest, Consumers Guide, Consumer Reports,* and *Consumer's Choice* "Best Buys" are indicated by **Bold Red Type** and the magazine's key comments are quoted. Ask for reprints & comparisons by mail, e-mail or fax.
- D = Floor model demonstrator, full warranty.
- DS = Drop Ship from nearest warehouse.
- FF= Freight Free within the contiguous 48 United States. Call for freight costs to Alaska, Hawaii and outside the USA.
- FS = Factory serviced--sealed with full warranty.
- MSRP = Manufacturer's suggested retail price.
- NLA = No Longer Available--with exceptions as noted (i.e., another label).
- OS = Open stock in original box sewn off, full warranty.
- R = Refurbished-used and reboxed (when available).
- V = Video available; if price $299V = (Video included).
- Minimum 90 Day Warranty on all Products
- ( (machine/models in parenthesis) ) = Same as (same as the machine, not same as the price).



All our machines are new in factory sealed cartons except where refurbished-used or demonstrators are indicated, as available.

At AllBrands.com, we're not on the manufacturer's side, we're on your side. We are your buying agents for *All Brands*, not just selling agents for *one brand.* We use our volume buying power to help you get the best value we can secure for you.

## ● BERNINA & Bernette Sewing Machines

Bernina has introduced a whole new line of Swiss computer machines including a new top of the line with their 1st embroidery hoop machine made in Switzerland. Dealer can program stitches into the Virtuosa 160, Artista 170, and 180 computer machines. No more mechanical machines are being made in Switzerland, which means older 730, 801, 830, 900, 910, 930 and 1030 machines will become more valuable. Bernina now uses a manufacturing plant in Thailand for 950 and 1008 and uses Thai Parts and Labor for the Bernette Sewing Machines. Look for return of more mechanical machines from Thailand, where the flatbed industrial Tacsew-Bernina 950 @ $1,099 and Home Mechanical 1008 @ $599 are now being assembled using some Swiss parts but Taiwan motors. Oscillating hooks have been put back on to the freearm line, except the 9mm Zigzag Artista 180, which uses a Juki (Hiroshima, Japan) Rotary hook like Pfaff and Singer XL50. See Bernina's Web Site at

http://www.berninausa.com/.

Back to TOC

# BERNINA MODEL NEWS:

- **1008** $899 List, $699 Sale. 17 stitch mechanical **made in Thailand** with 6 step buttonhole, snap-on feet, foot control and Taiwan motor.
- **Activa or Virtuoso;** Bernina Computer Activa 130-13 stitch, memory buttonhole $1,199 (on sale: $999) or Activa 140-23 stitch plus keyhole buttonhole $1,499 (on sale: $1,199). Extension slide on sewing table $69. Bernina Computer Virtuosa 150-28 stitch with 3 button hole @ $2,499 list or $1,499 Sale. Optional kneelift assembly on 130, 140, and 150 @ $149. **Virtuosa 160** Features 38 stitch with 4 button holes and 3 alphabets is the only one of these models that comes with knee lift installed and slide on table @ $1,999. Freearm covers are stainless steel so the line looks less plastic (Casing and Hook now have plastic). Dealer can use their computer to program in changes to stitches in the Virtuoso #160, #170, & #180 which have a programmable stitch library of 235 stitches. **Neither Activa or Virtuoso models have auto tension, only Artista 180.** 170 Zigzag width is only 5mm wide (less than ¼"). Dealer can change programming 18 stitches at a time and print out a flimsy plastic template overlay of new stitches.
- **Bernina's new Artista 180E** with Juki Rotary Hook and 206 stitches @ $3,999 and Artista 170 Swiss oscillating hook-147 stitch @ $2,999 with optional 6x8" Embroidery Hoop drive unit. 180E Finally has truly automatic metered thread tension, auto needle threader, touch screen, 500  stitches, reads button diameter **but not height** on 11 buttonhole styles, 13 quilt stitches, variable size embroidery but **no automatic thread trimmer and no drop in bobbin!** Customizer Reader-Writer Box @ $299. Artista interactive training CD-ROM @ $149 each. *Art of Embroidery Basics* and *Art of Editing and Digitizing*. You can buy the 180 and 170 without the "E" but they do not come with the embroidery unit.

**ARTISTA CARDS** for 170 and 180. See the Embroidery Memory Cards Section under Bernina. Not interchangeable with Bernette Deco 500 + 600, Brother, or Baby Lock cards so only 20 cards are usable on the 170 and 180! vs 130 plus on Deco, Espree, Esante, Simplicity, Brother and 75 with Elna-New Home by Janome. An "Amazing-Box" Card Converter is now available from Amazing Designs. With it, you can translate cards for other machines to work with your machine's format, so the lack-of-cards issue goes away if you get an Amazing Box. Hoop it All big hoop for Artista embroidery unit @ $99 for up to 6 x 8" Designs.

Back to Top

**ZIGZAG WIDTH**--Bernina's new machines still have only 5mm Zigzag Width except #180 has up to 9mm Zigzag with the Juki hook. Viking, Pfaff, and White have up to 6mm. Elna, Singer, and Baby Lock have 6.5 to 7mm. Old Necchi Logica (Sears SensorSew 100) had 8mm. Bernina's CB Hooks are no longer all metal on Activa, Virtuosa, and Artista 170 as they were on 1630 down. Warning: Bernina warranty cards have no free service labor (only parts) so dealer has to correct problems at their own expense. Five year electronics warranty only covers printed circuit boards, 3 motors, wiring, and lighting. Foot control and cord is only 2 years. New Bernina walking foot fits 1630 down or Activa, Virtuosa, and Artista @ $89 with left and right quilt guides. Generic walking foot with built-in adapter @ $49. **PD60 is exact copy of Bernina's walking foot with quilt guides @ only $49. Specify Bernina model.**

**Generic Feet** for Bernina 130-190 are only $14.98 each vs. $29 for Bernina originals. The quality is as good as the original: zig-zag, open toe embroidery, buttonhole, and pintuck (3, 5, or 9 groove) are now available. The ¼" seam foot, and free motion foot are not yet available for 130-180. Adaptor for low shank screw on attachments or ruffler is only $9.98

**New Hands Free** *Universal Presser Foot Lifter* converts any Bernina without Knee lift, or non-Bernina machine to foot-operated presser foot lift. Easily attaches to new and older machine like a bicycle or lawn mower cable, so it can be set to lift to any height. Uses non-slip pad for machine and foot controlled presser foot lift more like the industrial automatic machines. From the good folks at Fasturn! Only $39 Plus UPS $6.50 for a total of $45.50 Available Now! Viking-White and Elna-New Home, and Singer presser foot lift clamp adaptors are $4.98 each.

**OLD STYLE METAL CASE & METAL HOOK REFURBISHED BERNINAS:**

**1530** No Updatable stitches and Only 5mm Wide Zigzag--No Longer Available.

**1260** Block and Script Alphabet--N.L.A.

Back to Top

**1230R keyhole buttonhole and block alphabet $1,499R** when available.

1130 $1,299R or $1,099 as is when available.

1090 with knee lift, slide-on table, case and basting $1,199R or $999 as is when available.

1010 @ $699R or $599 as is (4 left).

1008 @ $599R or $499 as is has snap on feet like Elna.

1006 @ $699R or $599 as is (2 left).

1000 Rotary @ $499R when available.

**950 Bernina or Tacsew Flatbed Industrial Head** 21 stitch 2,000 SPM $1,099 plus $249 power stand (total $1,348) with built-in 5-step buttonhole. Now Made in Thailand with some Swiss parts. Rotary bobbins for 217, 740, 840, 850, 940, and 950 are $1.98 each, or $0.99 each generic! (Same as Singer 221 Feather Weight bobbins.) Straight stitch plate $49. Straight stitch foot $29. Organ Brand 16x231 Needles are only $29 for 100 of a size (Same as #257 Bernina-Schmetz).

**910** Needle Up & Down, DC Motor $899R or $799 as is (2 left).

**900R** @ $599R or $499 as is (3 left).

**830H**--Handicapped $799R or $699 as is (1 left).

830 Record $799R or $699 as is when available.

801 Sport $599R or $499 as is (6 left).

**730R** $699R or $599 as is (1 left without knee lift).

**Bernina DECO 600**--LCD Embroidery Machine with 2 built-in alphabets, 50 built-in designs and 120 frame styles including blanket stitches and cross stitches. Features include sixty one point designs, 10 frames, 12 borders, auto thread cutter, and low bobbin indicator, tells you how much time until completion; 110x110mm Sewing Area.



As if that's not enough, you can add hundreds of additional designs using optional Bernina Memory Cards. Still not enough? Expand the design capibility to near infinite with the optional Amazing Designs "Amazing Box." which lets you translate any memory cards for use in your machine. Brother, Baby Lock and Amazing Designs cards are only generally better values than those from Bernina. Deco 500 + 600 won't read Snoopy card #26 or Japan's Disney, Winnie the Pooh, or Sesame Street (except by Amazing Designs).

We now have these machines in stock for next-business-day shipment @ **$1,099**. MSRP is $1,499, so you save $400 when you buy from AllBrands.com. Bernina tries to keep their prices high. They threaten legal action against customer-oriented stores like AllBrands.com if we use any of their pictures, their logo or their literature in selling at below their bloated MSRP. So we can't show you a catlaog page for the Deco 600, but you can look at the Brother PE-200 SP Catalog Page. It's the exact same machine.

125R $499 from 1943 as is.

117R $499from 1938 as is.

105R $499from 1930s as is.

Replacement All Metal Oscillating Hook $69. Bobbin case $69 original or $29 for the generic with thread hole in Bobbin Case finger. Bobbins @ 75¢ each. Bernina 830E Generic Replacement motor $99. Cut and sew attachment @ $49R. Other feet $29+ original or $10 to $15 for PD60 generics (Same style, exact copies).

**Deco Wizard Software** Version 1.0 @ $1,299 only operates in 4x4" mode. Brother PE Design software is a better buy and also operates in the 5x7" mode for new machines. Deco Customizer Deluxe v4.0 @ $799 MSRP for Windows95 only is made by Oklahoma Embroidery Systems (OESD) and is the same exact software as our "Magician 4.0" at almost half the price. What is unique is that it reads, sizes, and writes DOS condensed and expanded designs and works with most home embroidery software systems. Smart·Sizer for Windows 3.1 and Smart·Sizer Gold for Windows 95 or 98 is a better buy for sizing Amazing Designs and converting formats, except condensed.

**PE Scan-Imager II**--Get one new or upgrade your version I scanner to upgrade to version II.

**Bernina Clip on Quilting foot specials for model 1630 and down:** #37 ¼" seam foot for quilt piecing or #16 Zigzag gathering, either for just $19.98. #29 Big foot for outline quilting and embroidery only $9.98 Guaranteed to work just as well as Bernina Original @ $29. Other generic feet average $14.98. #1 Zig Zag, #2 Overlock, #3 Buttonhole, #4 Zipper, #5 Blindhem, #9 Darning, #10 Edge stitch, #12 Bulky Overlock, #14 Zipper with Guide, #18 Button sew on, #20 Open toe embroidery, and three, five, or nine groove pintuck foot. Adaptor foot @ $9.98

Back of Top

## Home Sewing Machine Section of AllBrands.com
[Home Sewing] [Sewing Machines] [Brands We Carry] [Singer] [Quilting & Craft]
[Sergers] [Embroidery Machines] [Embroidery Only Comparison Chart]
[Sew/Embroider Comparison Chart] [Cutting Equipment] [Irons & Presses]
[Sewing Supplies] [Knitting Machines] [Sewing Furniture]

### Other Areas of AllBrands.com
[HOME PAGE] [Home Sewing Equip] [Industrial Sewing Equipment] [Help]
[How to Order] [Search] [Discussion Group] [Sewing Bookstore] [Mail Us]

Copyright © 1998, A All Brands Sewing Super Store, All rights reserved.

This page, http://www.allbrands.com/homemach/sewing/bernina.htm was last modified Saturday, 25-Nov-2000 17:00:21 EST.

**Design By ET Productions: Developing Web-Sites for Your Net Profits**

ET! Productions -- WWW Designers
http://www.etproductions.com/

JS 44
(Rev. 07/86)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I (a) PLAINTIFFS

Bernina of America, Inc., an
Illinois corporation

 Oct 2

**DUPAGE**

## DEFENDANTS

Fashion Fabrics International, Inc., a
Louisiana corporation et. al.

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF _DUPAGE_
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
Mark K. Schoenfield/Robert C. Goldberg
Schoenberg, Fisher, Newman & Rosenberg, Ltd.
222 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606

ATTORNEYS (IF KNOWN)

# 01C 0585

## JUDGE RONALD GUZMAN

### MAGISTRATE JUDGE KEYS

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☒4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☒5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**FILED**

## IV. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.

DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

**JAN 29 2001**

**DOCKETED**
**JAN 3 0 2001**

MICHAEL W. DOBBINS
**CLERK, U.S. DISTRICT COURT**

## V. NATURE OF SUIT (PLACE AN x IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 630 Liquor Laws | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 690 Other | ☒ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 380 Other Personal Property Damage | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | ☐ 385 Property Damage Product Liability | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 Habeas Corpus | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 550 Civil Rights | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | | | | |

## VI. ORIGIN (PLACE AN x IN ONE BOX ONLY)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

**DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

## VIII. REMARKS
**General Rule 2.21D(2)**
In response to ☒ is not a refiling of a previously dismissed action
this case ☐ is a refiling of case number _____ of Judge _____

DATE
1-29-01

SIGNATURE OF ATTORNEY OF RECORD
_Mark K. Schoenfield_

UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

In the Matter of

Bernina of America, Inc., and Illinois corporation

vs.    Case Number: **01C  0585**

Fashion Fabrics International, Inc., a
Louisiana corporation, et al.

**JUDGE RONALD GUZMAN**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Bernina of America, Inc., an Illinois corporation    **MAGISTRATE JUDGE KEYS**

| (A) | (B) |
|---|---|
| SIGNATURE *Mark K. Schonfield* | SIGNATURE |
| NAME Mark K. Schoenfield | NAME |
| FIRM Schoenberg, Fisher, Newman & Rosenberg | FIRM |
| STREET ADDRESS 222 S. Riverside Plaza, Suite 2100 | STREET ADDRESS |
| CITY/STATE/ZIP Chicago, Illinois 60606 | CITY/STATE/ZIP |
| TELEPHONE NUMBER (312) 648-2300 | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES [X]   NO [ ] | MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] |
| TRIAL ATTORNEY?   YES [X]   NO [ ] | TRIAL ATTORNEY?   YES [ ]   NO [ ] |
|  | DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] |
| (C) | (D) |
| SIGNATURE | SIGNATURE |
| NAME | NAME |
| FIRM | FIRM |
| STREET ADDRESS | STREET ADDRESS |
| CITY/STATE/ZIP | CITY/STATE/ZIP |
| TELEPHONE NUMBER | TELEPHONE NUMBER |
| IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) | IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) |
| MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] | MEMBER OF TRIAL BAR?   YES [ ]   NO [ ] |
| TRIAL ATTORNEY?   YES [ ]   NO [ ] | TRIAL ATTORNEY?   YES [ ]   NO [ ] |
| DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] | DESIGNATED AS LOCAL COUNSEL?   YES [ ]   NO [ ] |

**FILED**

JAN 29 2001

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

DOCKETED
JAN 3 0 2001

PLEASE COMPLETE IN ACCORDANCE WITH INSTRUCTIONS ON REVERSE.